**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**
**AT HARRISBURG**

**LOWER SUSQUEHANNA**
**RIVERKEEPER ASSOCIATION,**

        **Plaintiff,**

**v.**                                  **Civil Action No.**

**REPUBLIC SERVICES OF**
**PENNSYLVANIA LLC,**

        **Defendant.**

## COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF AND CIVIL PENALTIES

1.      This is a citizen suit for declaratory and injunctive relief as well as civil penalties against Defendant Republic Services of Pennsylvania LLC ("Republic") for violations of the Federal Water Pollution Control Act, 33 U.S.C. § 1251 et seq. (hereafter the Clean Water Act ("CWA")), at its Modern Landfill in York County, Pennsylvania.

2.      As detailed below, Plaintiff alleges that Republic has discharged and continues to discharge pollutants into waters of the United States in violation of Sections 301 and 402 of the CWA, 33 U.S.C. §§ 1311, 1342, and the conditions and limitations of its National Pollutant Discharge Elimination System ("NPDES") Permit No. PA0046680 issued pursuant to Section 402 of the CWA, 33 U.S.C. § 1342.

## JURISDICTION AND VENUE

3.      This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1331 (federal question) and 33 U.S.C. § 1365 (CWA citizen's suit provision).

4.      The Lower Susquehanna Riverkeeper Association ("LSRA") mailed notice of the violations and its intent to file suit in a letter dated November 2, 2022, and addressed to

Republic, the United States Environmental Protection Agency ("EPA"), and the Pennsylvania Department of Environmental Protection ("PADEP"), as required by Section 505(b)(1)(A) of the CWA, 33 U.S.C. § 1365(b)(1)(A).

5.     More than sixty days have passed since the notice letter was sent. EPA and PADEP have not commenced or diligently prosecuted a civil or criminal action to redress the violations. Moreover, neither EPA nor PADEP commenced an administrative penalty action under Section 309(g) of the CWA, 33 U.S.C. § 1319(g), or a comparable state law to redress the violations prior to the issuance of the November 2, 2022 notice letter.

6.     Venue in this District is proper pursuant to 33 U.S.C. § 1365(c)(1) because the source of the CWA violations is located in this District.

7.     Republic is a limited liability company which is registered to do business in Pennsylvania. Republic owns and operates the Modern Landfill that discharges wastewater at its facility at 4400 Mount Pisgah Road in York, Pennsylvania 17406.

8.     Republic is a person within the meaning of Section 502(5) of the CWA, 33 U.S.C. § 1362(5).

9.     Plaintiff LSRA is a grassroots supporting organization for the Lower Susquehanna Riverkeeper. The Lower Susquehanna Riverkeeper is a specific person who is designated to focus on identifying sources of pollution and enforcing environmental laws. The Riverkeeper actively educates the public on current issues, works with decision-makers to emphasize the economic and social benefits of protecting the Susquehanna River watershed, and, when necessary, enforces laws protecting communities and natural resources of the Susquehanna River Watershed. The current Lower Susquehanna Riverkeeper is Ted Evgeniadis. He is also the LSRA's current Executive Director and is one of two paid employees of the organization. The

LSRA is an IRS § 501(c)(3) non-profit that operates as a membership-based, mission-driven organization. It is dedicated to improving and protecting the ecological integrity of the Susquehanna River Watershed and the Chesapeake Bay.

10.     The LSRA's members and Ted Evgeniadis use, enjoy, and benefit from the water quality in tributaries receiving discharges from Republic's Modern Landfill, including Kreutz Creek and the Lower Susquehanna River. Their recreational interests include wading, fishing, swimming, and generally enjoying the waters of these streams. Their environmental, aesthetic, and recreational interests are impaired as a result of pollution from Republic's operations.

11.     The LSRA's members and Ted Evgeniadis would like to recreate in areas downstream from the areas where Republic's Modern Landfill discharges pollutants. Because of pollutants from that landfill, the LSRA's members and Ted Evgeniadis refrain from and/or restrict their uses of Kreutz Creek, the Lower Susquehanna River and associated natural resources. As a result, the environmental, aesthetic, and recreational interests of these members and Ted Evgeniadis are adversely affected by Republic's excessive discharges of pollutants. If Republic's unlawful discharges ceased, the harm to the interests of the LSRA's members and Ted Evgeniadis would be redressed. An injunction would redress their injuries by preventing future violations of the limits in Republic's permits.  Civil penalties would also deter Republic from committing future violations.

12.     At all relevant times, Plaintiff has been and is a "person" as that term is defined by the CWA, 33 U.S.C. § 1362(5).

## STATUTORY AND REGULATORY FRAMEWORK

13.     Section 301(a) of the CWA, 33 U.S.C. § 1311(a), prohibits the "discharge of any pollutant by any person" into waters of the United States except in compliance with the terms of

a permit, such as an NPDES permit issued by EPA or an authorized state pursuant to Section 402 of the CWA, 33 U.S.C. § 1342.

14.     Section 402(a) of the CWA, 33 U.S.C. § 1342(a), provides that the permit-issuing authority may issue a NPDES Permit that authorizes the discharge of any pollutant directly into waters of the United States, upon the condition that such discharge will meet all applicable requirements of the CWA and such other conditions as the permitting authority determines necessary to carry out the provisions of the CWA.

15.     The Administrator of EPA authorized PADEP, pursuant to Section 402(a)(2) of the CWA, 33 U.S.C. § 1342(a)(2), to issue NPDES permits on June 30, 1978. 52 Fed. Reg. 3701. The applicable Pennsylvania law for issuing NPDES permits is the Clean Streams Law, 35 P.S. § 691.1, *et seq*.

16.     Section 505(a) of the CWA, 33 U.S.C. § 1365(a), authorizes any "citizen" to "commence a civil action on his own behalf . . . against any person . . . who is alleged to be in violation of . . . an effluent standard or limitation under this chapter . . . ."

17.     Section 505(f) of the CWA, 33 U.S.C. § 1365(f), defines an "effluent standard or limitation under this chapter," for purposes of the citizen suit provision in section 505(a) of the CWA, 33 U.S.C. § 1365(a), to mean, among other things, an unlawful act under Section 301(a) of the CWA, 33 U.S.C. § 1311(a), and "a permit or condition thereof issued" under Section 402 of the CWA, 33 U.S.C. § 1342.

18.     In an action brought under Section 505(a) of the CWA, 33 U.S.C. § 1365(a), the district court has jurisdiction to order the defendant to comply with the CWA and to assess civil penalties.

19.     Under Section 505(d) of the CWA, 33 U.S.C. § 1365(d), the court "may award

costs of litigation (including reasonable attorney and expert witness fees) to any prevailing or substantially prevailing party, whenever the court determines such an award is appropriate."

20.   Section 309(d) of the CWA, 33 U.S.C. § 1319(d), provides that any person who violates Section 301 of the CWA, 33 U.S.C. § 1311, or violates any permit condition or limitation in a permit issued pursuant to Section 402 of the CWA, 33 U.S.C. § 1342, shall be subject to a civil penalty payable to the United States of up to $25,000 per day for each violation.

21.   Pursuant to the Federal Civil Penalties Adjustment Act of 1990, 28 U.S.C. § 2461, as amended by the Debt Collection Improvement Act of 1996, 31 U.S.C. § 3701, the court may assess a civil penalty of up to $59,973 for each violation that occurred after November 2, 2015. *See* 40 C.F.R. § 19.4; 87 Fed. Reg. 1676 (Jan. 12, 2022).

## FACTS

22.   Republic's NPDES permit number PA0046680, issued on January 23, 2017, pursuant to section 402 of the CWA, authorizes Republic to discharge industrial wastewater containing limited amounts of pollutants from its on-site wastewater treatment plant ("WWTP") through Outfall 001 into Kreutz Creek. This permit also requires Republic to monitor its discharges and report its monitoring results on monthly discharge monitoring reports.

23.   Republic's discharge monitoring reports show that, since July 2019 and continuing to the present, Republic has repeatedly violated its water quality-based effluent limits for boron and osmotic pressure in its NPDES Permit No. PA0046680 at Outfall 001 at its Modern Landfill on the dates listed in Attachment A to this complaint. Republic's existing WWTP is not designed to treat for boron or osmotic pressure.

24.   Republic has, since at least June 2022, violated Sections 1311(a) and 1365(a)(1)(A) and (f)(1) of the CWA by discharging toxic per- and polyfluoroalkyl substances

(PFAS) from Outfall 001 at the Modern Landfill into Kreutz Creek without an NPDES permit authorizing such discharges.

25.     Specifically, on June 22, July 15, August 29, and September 30, 2022, LSRA sampled Republic's discharges at and downstream from Outfall 001 at its Modern Landfill and detected extremely high levels of PFAS. For example, on June 22, 2022, perfluorooctane sulfonate (PFOS) and perfluorooctanoic acid (PFOA), which are types of PFAS, were measured at 374.3 parts per trillion (ppt) and 847 ppt, respectively, and 25 other PFAS compounds were also measured at very high levels.

26.     In comparison, in June 2022 EPA issued updated Drinking Water Health Advisories which set the public adverse health effect thresholds for PFOS at 0.02 ppt and PFOA at 0.004 ppt. 87 Fed. Reg. 36848 (June 21, 2022).

27.     Kreutz Creek is a tributary of the Susquehanna River.

## CLAIM FOR RELIEF

28.     Plaintiff incorporates by reference all allegations contained in paragraphs 1 through 28 above.

29.     Since at least July 2019, Republic has discharged and continues to discharge pollutants, i.e., boron and osmotic pressure, from a point source, i.e., Outfall 001, at its Modern Landfill into Kreutz Creek in excess of the limits allowed by its NPDES Permit No. PA0046680.

30.     Since at least June 2022, Republic has discharged and continues to discharge toxic per- and polyfluoroalkyl substances (PFAS) from Outfall 001 at the Modern Landfill into Kreutz Creek without an NPDES permit authorizing such discharges.

31.     Kreutz Creek and the Susquehanna River are waters of the United States within the meaning of 33 U.S.C. § 1362(7).

32.     Republic will continue to be in violation of its effluent limitations for boron and osmotic pressure, and will continue to have unpermitted discharges of PFAS, unless and until it constructs and operates an upgraded WWTP.

33.     Pursuant to Sections 309(d) and 505 of the CWA, 33 U.S.C. §§ 1319(d) and 1365, Republic is liable for civil penalties for each day of each violation of the effluent limitations for boron and osmotic pressure in its permit and each day of each violation of the CWA's prohibition on unpermitted discharges of pollutants.

34.     Republic is subject to an injunction under the CWA ordering it to cease its permit violations and unpermitted discharges.

## REQUESTS FOR RELIEF

Wherefore, Plaintiff requests that this Court issue an order:

1.      Declaring that Republic has violated and is in continuing violation of its NPDES Permit No. PA0046680 and the CWA;

2.      Enjoining Republic from operating its facilities in such a manner as will result in further violations of its NPDES permit and the CWA;

3.      Ordering Republic to immediately comply with effluent limitations contained in its NPDES permit;

4.      Ordering Republic to pay appropriate civil penalties for each violation of its NPDES permit and the CWA;

5.      Awarding Plaintiff its attorney fees, expert witness fees, and all other reasonable expenses incurred in pursuit of this action; and

6.      Granting other such relief as this Court deems just and proper.

Respectfully submitted,

/s/ Stephen G. Harvey

Stephen G. Harvey
Michael E. Gehring
E. Kelly Conway
STEVE HARVEY LAW LLC
1880 John F. Kennedy Blvd.
Suite 1715
Philadelphia, PA 19103
(215) 438-6600
steve@steveharveylaw.com
mike@steveharveylaw.com
kelly@steveharveylaw.com

Counsel for Plaintiff

Dated: January 11, 2023

## Attachment A

## List of Violations

| Month | Outlet | Parameter | Limit | Units | Type | DMR value | % Over |
|---|---|---|---|---|---|---|---|
| 2/29/2020 | 1 | Boron, total | 23 | lb/d | MAX | 26.9 | 17 |
| 2/29/2020 | 1 | Boron, total | 5.52 | mg/L | MAX | 18.6 | 237 |
| 2/29/2020 | 1 | Boron, total | 17.2 | lb/d | AVG | 23.4 | 36 |
| 2/29/2020 | 1 | Boron, total | 4.12 | mg/L | AVG | 15.7 | 281 |
| 3/31/2020 | 1 | Boron, total | 4.12 | mg/L | AVG | 13.9 | 237 |
| 3/31/2020 | 1 | Boron, total | 17.2 | lb/d | AVG | 19.0 | 10 |
| 3/31/2020 | 1 | Boron, total | 23 | lb/d | MAX | 23.1 | 0 |
| 3/31/2020 | 1 | Boron, total | 5.52 | mg/L | MAX | 15.0 | 172 |
| 4/30/2020 | 1 | Boron, total | 23 | lb/d | MAX | 36.0 | 57 |
| 4/30/2020 | 1 | Boron, total | 5.52 | mg/L | MAX | 22.0 | 299 |
| 4/30/2020 | 1 | Boron, total | 4.12 | mg/L | AVG | 15.4 | 274 |
| 4/30/2020 | 1 | Boron, total | 17.2 | lb/d | AVG | 20.8 | 21 |
| 5/31/2020 | 1 | Boron, total | 17.2 | lb/d | AVG | 20.2 | 17 |
| 5/31/2020 | 1 | Boron, total | 5.52 | mg/L | MAX | 21.5 | 289 |
| 5/31/2020 | 1 | Boron, total | 4.12 | mg/L | AVG | 18.9 | 358 |
| 5/31/2020 | 1 | Boron, total | 23 | lb/d | MAX | 29.8 | 30 |
| 6/30/2020 | 1 | Boron, total | 5.52 | mg/L | MAX | 17.5 | 217 |
| 6/30/2020 | 1 | Boron, total | 23 | lb/d | MAX | 23.9 | 4 |
| 6/30/2020 | 1 | Boron, total | 4.12 | mg/L | AVG | 7.3 | 76 |
| 7/31/2020 | 1 | Boron, total | 5.52 | mg/L | MAX | 22.0 | 299 |
| 7/31/2020 | 1 | Boron, total | 4.12 | mg/L | AVG | 15.0 | 265 |
| 7/31/2020 | 1 | Boron, total | 17.2 | lb/d | AVG | 18.0 | 5 |
| 7/31/2020 | 1 | Boron, total | 23 | lb/d | MAX | 35.8 | 56 |
| 8/31/2020 | 1 | Boron, total | 5.52 | mg/L | MAX | 20.0 | 262 |
| 8/31/2020 | 1 | Boron, total | 4.12 | mg/L | AVG | 14.5 | 252 |
| 9/30/2020 | 1 | Boron, total | 5.52 | mg/L | MAX | 25.0 | 353 |
| 9/30/2020 | 1 | Boron, total | 4.12 | mg/L | AVG | 16.0 | 288 |
| 9/30/2020 | 1 | Boron, total | 17.2 | lb/d | AVG | 20.4 | 19 |
| 9/30/2020 | 1 | Boron, total | 23 | lb/d | MAX | 32.7 | 42 |
| 10/31/2020 | 1 | Boron, total | 23 | lb/d | MAX | 35.1 | 53 |
| 10/31/2020 | 1 | Boron, total | 5.52 | mg/L | MAX | 19.0 | 244 |
| 10/31/2020 | 1 | Boron, total | 4.12 | mg/L | AVG | 15.2 | 269 |
| 10/31/2020 | 1 | Boron, total | 17.2 | lb/d | AVG | 21.3 | 24 |
| 11/30/2020 | 1 | Boron, total | 17.2 | lb/d | AVG | 21.2 | 23 |
| 11/30/2020 | 1 | Boron, total | 4.12 | mg/L | AVG | 13.9 | 236 |
| 11/30/2020 | 1 | Boron, total | 23 | lb/d | MAX | 35.9 | 56 |
| 11/30/2020 | 1 | Boron, total | 5.52 | mg/L | MAX | 21.0 | 280 |

| 12/31/2020 | 1 | Boron, total | 23 | lb/d | MAX | 31.8 | 38 |
|---|---|---|---|---|---|---|---|
| 12/31/2020 | 1 | Boron, total | 4.12 | mg/L | AVG | 14.8 | 259 |
| 12/31/2020 | 1 | Boron, total | 5.52 | mg/L | MAX | 18.0 | 226 |
| 12/31/2020 | 1 | Boron, total | 17.2 | lb/d | AVG | 22.6 | 31 |
| 1/31/2021 | 1 | Boron, total | 5.52 | mg/L | MAX | 17.0 | 208 |
| 1/31/2021 | 1 | Boron, total | 17.2 | lb/d | AVG | 25.2 | 47 |
| 1/31/2021 | 1 | Boron, total | 4.12 | mg/L | AVG | 16.5 | 300 |
| 1/31/2021 | 1 | Boron, total | 23 | lb/d | MAX | 27.5 | 20 |
| 2/28/2021 | 1 | Boron, total | 17.2 | lb/d | AVG | 20.4 | 19 |
| 2/28/2021 | 1 | Boron, total | 23 | lb/d | MAX | 32.9 | 43 |
| 2/28/2021 | 1 | Boron, total | 5.52 | mg/L | MAX | 20.0 | 262 |
| 2/28/2021 | 1 | Boron, total | 4.12 | mg/L | AVG | 17.0 | 313 |
| 3/31/2021 | 1 | Boron, total | 23 | lb/d | MAX | 37.6 | 63 |
| 3/31/2021 | 1 | Boron, total | 5.52 | mg/L | MAX | 23.0 | 317 |
| 3/31/2021 | 1 | Boron, total | 4.12 | mg/L | AVG | 15.7 | 281 |
| 3/31/2021 | 1 | Boron, total | 17.2 | lb/d | AVG | 22.5 | 31 |
| 4/30/2021 | 1 | Boron, total | 23 | lb/d | MAX | 26.3 | 14 |
| 4/30/2021 | 1 | Boron, total | 5.52 | mg/L | MAX | 24.0 | 335 |
| 4/30/2021 | 1 | Boron, total | 4.12 | mg/L | AVG | 20.2 | 390 |
| 5/31/2021 | 1 | Boron, total | 5.52 | mg/L | MAX | 20.0 | 262 |
| 5/31/2021 | 1 | Boron, total | 17.2 | lb/d | AVG | 19.9 | 16 |
| 5/31/2021 | 1 | Boron, total | 4.12 | mg/L | AVG | 18.5 | 349 |
| 6/30/2021 | 1 | Boron, total | 4.12 | mg/L | AVG | 16.0 | 288 |
| 6/30/2021 | 1 | Boron, total | 17.2 | lb/d | AVG | 17.7 | 3 |
| 6/30/2021 | 1 | Boron, total | 5.52 | mg/L | MAX | 16.0 | 190 |
| 7/31/2021 | 1 | Boron, total | 5.52 | mg/L | MAX | 20.0 | 262 |
| 7/31/2021 | 1 | Boron, total | 4.12 | mg/L | AVG | 13.6 | 229 |
| 8/31/2021 | 1 | Boron, total | 4.12 | mg/L | AVG | 13.5 | 228 |
| 8/31/2021 | 1 | Boron, total | 5.52 | mg/L | MAX | 17.0 | 208 |
| 9/30/2021 | 1 | Boron, total | 5.52 | mg/L | MAX | 20.0 | 262 |
| 9/30/2021 | 1 | Boron, total | 4.12 | mg/L | AVG | 17.8 | 332 |
| 10/31/2021 | 1 | Boron, total | 23 | lb/d | MAX | 23.4 | 2 |
| 10/31/2021 | 1 | Boron, total | 5.52 | mg/L | MAX | 22.0 | 299 |
| 10/31/2021 | 1 | Boron, total | 17.2 | lb/d | AVG | 20.9 | 22 |
| 10/31/2021 | 1 | Boron, total | 4.12 | mg/L | AVG | 20.0 | 385 |
| 11/30/2021 | 1 | Boron, total | 17.2 | lb/d | AVG | 22.2 | 29 |
| 11/30/2021 | 1 | Boron, total | 4.12 | mg/L | AVG | 23.0 | 458 |
| 11/30/2021 | 1 | Boron, total | 5.52 | mg/L | MAX | 27.0 | 389 |
| 11/30/2021 | 1 | Boron, total | 23 | lb/d | MAX | 27.2 | 18 |
| 12/31/2021 | 1 | Boron, total | 4.12 | mg/L | AVG | 24.2 | 487 |
| 12/31/2021 | 1 | Boron, total | 17.2 | lb/d | AVG | 30.3 | 76 |
| 12/31/2021 | 1 | Boron, total | 5.52 | mg/L | MAX | 25.0 | 353 |
| 12/31/2021 | 1 | Boron, total | 23 | lb/d | MAX | 38.3 | 67 |

| 1/31/2022 | 1 | Boron, total | 23 | lb/d | MAX | 37.8 | 64 |
|---|---|---|---|---|---|---|---|
| 1/31/2022 | 1 | Boron, total | 4.12 | mg/L | AVG | 23.1 | 459 |
| 1/31/2022 | 1 | Boron, total | 17.2 | lb/d | AVG | 32.0 | 86 |
| 1/31/2022 | 1 | Boron, total | 5.52 | mg/L | MAX | 25.0 | 353 |
| 2/28/2022 | 1 | Boron, total | 5.52 | mg/L | MAX | 21.0 | 280 |
| 2/28/2022 | 1 | Boron, total | 17.2 | lb/d | AVG | 24.7 | 44 |
| 2/28/2022 | 1 | Boron, total | 4.12 | mg/L | AVG | 19.3 | 367 |
| 2/28/2022 | 1 | Boron, total | 23 | lb/d | MAX | 38.1 | 66 |
| 3/31/2022 | 1 | Boron, total | 17.2 | lb/d | AVG | 29.1 | 69 |
| 3/31/2022 | 1 | Boron, total | 4.12 | mg/L | AVG | 20.4 | 395 |
| 3/31/2022 | 1 | Boron, total | 23 | lb/d | MAX | 32.7 | 42 |
| 3/31/2022 | 1 | Boron, total | 5.52 | mg/L | MAX | 22.0 | 299 |
| 4/30/2022 | 1 | Boron, total | 5.52 | mg/L | MAX | 23.0 | 317 |
| 4/30/2022 | 1 | Boron, total | 23 | lb/d | MAX | 37.7 | 64 |
| 4/30/2022 | 1 | Boron, total | 4.12 | mg/L | AVG | 22.0 | 434 |
| 4/30/2022 | 1 | Boron, total | 17.2 | lb/d | AVG | 34.2 | 99 |
| 5/31/2022 | 1 | Boron, total | 4.12 | mg/L | AVG | 22.5 | 446 |
| 5/31/2022 | 1 | Boron, total | 17.2 | lb/d | AVG | 31.8 | 85 |
| 5/31/2022 | 1 | Boron, total | 5.52 | mg/L | MAX | 24.0 | 335 |
| 5/31/2022 | 1 | Boron, total | 23 | lb/d | MAX | 38.7 | 68 |
| 6/30/2022 | 1 | Boron, total | 5.52 | mg/L | MAX | 29.0 | 425 |
| 6/30/2022 | 1 | Boron, total | 23 | lb/d | MAX | 48.2 | 110 |
| 6/30/2022 | 1 | Boron, total | 4.12 | mg/L | AVG | 23.4 | 468 |
| 6/30/2022 | 1 | Boron, total | 17.2 | lb/d | AVG | 31.8 | 85 |
| 7/31/2022 | 1 | Boron, total | 4.12 | mg/L | AVG | 19.0 | 361 |
| 7/31/2022 | 1 | Boron, total | 17.2 | lb/d | AVG | 21.8 | 27 |
| 7/31/2022 | 1 | Boron, total | 5.52 | mg/L | MAX | 21.0 | 280 |
| 7/31/2022 | 1 | Boron, total | 23 | lb/d | MAX | 24.4 | 6 |
| 8/31/2022 | 1 | Boron, total | 4.12 | mg/L | AVG | 17.0 | 313 |
| 8/31/2022 | 1 | Boron, total | 17.2 | lb/d | AVG | 21.1 | 23 |
| 8/31/2022 | 1 | Boron, total | 5.52 | mg/L | MAX | 18.0 | 226 |
| 9/30/2022 | 1 | Boron, total | 5.52 | mg/L | MAX | 25.0 | 353 |
| 9/30/2022 | 1 | Boron, total | 23 | lb/d | MAX | 34.8 | 51 |
| 9/30/2022 | 1 | Boron, total | 4.12 | mg/L | AVG | 22.2 | 439 |
| 9/30/2022 | 1 | Boron, total | 17.2 | lb/d | AVG | 25.2 | 47 |
| 10/31/2022 | 1 | Boron, total | 5.52 | mg/L | MAX | 24.0 | 335 |
| 10/31/2022 | 1 | Boron, total | 23 | lb/d | MAX | 31.2 | 36 |
| 10/31/2022 | 1 | Boron, total | 4.12 | mg/L | AVG | 18.9 | 359 |
| 10/31/2022 | 1 | Boron, total | 17.2 | lb/d | AVG | 23.1 | 34 |
| 11/30/2022 | 1 | Boron, total | 5.52 | mg/L | MAX | 15.0 | 172 |
| 11/30/2022 | 1 | Boron, total | 4.12 | mg/L | AVG | 11.6 | 182 |
| 7/31/2019 | 1 | Osmotic pressure, total | 129 | mOsm/kg | AVG | 129.5 | 0 |
| 7/31/2019 | 1 | Osmotic pressure, total | 183 | mOsm/kg | MAX | 249 | 36 |

| 8/31/2019 | 1 | Osmotic pressure, total | 183 | mOsm/kg | MAX | 237 | 30 |
|---|---|---|---|---|---|---|---|
| 9/30/2019 | 1 | Osmotic pressure, total | 183 | mOsm/kg | MAX | 255 | 39 |
| 9/30/2019 | 1 | Osmotic pressure, total | 129 | mOsm/kg | AVG | 191 | 48 |
| 10/31/2019 | 1 | Osmotic pressure, total | 183 | mOsm/kg | MAX | 332 | 81 |
| 10/31/2019 | 1 | Osmotic pressure, total | 129 | mOsm/kg | AVG | 307 | 138 |
| 11/30/2019 | 1 | Osmotic pressure, total | 183 | mOsm/kg | MAX | 290 | 58 |
| 11/30/2019 | 1 | Osmotic pressure, total | 129 | mOsm/kg | AVG | 151 | 17 |
| 12/31/2019 | 1 | Osmotic pressure, total | 129 | mOsm/kg | AVG | 136.5 | 6 |
| 12/31/2019 | 1 | Osmotic pressure, total | 183 | mOsm/kg | MAX | 262 | 43 |
| 1/31/2020 | 1 | Osmotic pressure, total | 129 | mOsm/kg | AVG | 245.5 | 90 |
| 1/31/2020 | 1 | Osmotic pressure, total | 183 | mOsm/kg | MAX | 282 | 54 |
| 2/29/2020 | 1 | Osmotic pressure, total | 129 | mOsm/kg | AVG | 161 | 25 |
| 2/29/2020 | 1 | Osmotic pressure, total | 183 | mOsm/kg | MAX | 308 | 68 |
| 3/31/2020 | 1 | Osmotic pressure, total | 183 | mOsm/kg | MAX | 368 | 101 |
| 3/31/2020 | 1 | Osmotic pressure, total | 129 | mOsm/kg | AVG | 289 | 124 |
| 4/30/2020 | 1 | Osmotic pressure, total | 129 | mOsm/kg | AVG | 246 | 91 |
| 4/30/2020 | 1 | Osmotic pressure, total | 183 | mOsm/kg | MAX | 262 | 43 |
| 5/31/2020 | 1 | Osmotic pressure, total | 183 | mOsm/kg | MAX | 241 | 32 |
| 5/31/2020 | 1 | Osmotic pressure, total | 129 | mOsm/kg | AVG | 230 | 78 |
| 6/30/2020 | 1 | Osmotic pressure, total | 129 | mOsm/kg | AVG | 301 | 133 |
| 6/30/2020 | 1 | Osmotic pressure, total | 183 | mOsm/kg | MAX | 313 | 71 |
| 7/31/2020 | 1 | Osmotic pressure, total | 183 | mOsm/kg | MAX | 286 | 56 |
| 7/31/2020 | 1 | Osmotic pressure, total | 129 | mOsm/kg | AVG | 266 | 106 |
| 8/31/2020 | 1 | Osmotic pressure, total | 129 | mOsm/kg | AVG | 185 | 43 |
| 8/31/2020 | 1 | Osmotic pressure, total | 183 | mOsm/kg | MAX | 241 | 32 |
| 10/31/2020 | 1 | Osmotic pressure, total | 129 | mOsm/kg | AVG | 190 | 47 |
| 10/31/2020 | 1 | Osmotic pressure, total | 183 | mOsm/kg | MAX | 296 | 62 |
| 11/30/2020 | 1 | Osmotic pressure, total | 183 | mOsm/kg | MAX | 303 | 66 |
| 11/30/2020 | 1 | Osmotic pressure, total | 129 | mOsm/kg | AVG | 179 | 39 |
| 12/31/2020 | 1 | Osmotic pressure, total | 129 | mOsm/kg | AVG | 138 | 7 |
| 12/31/2020 | 1 | Osmotic pressure, total | 183 | mOsm/kg | MAX | 228 | 25 |
| 1/31/2021 | 1 | Osmotic pressure, total | 183 | mOsm/kg | MAX | 263 | 44 |
| 1/31/2021 | 1 | Osmotic pressure, total | 129 | mOsm/kg | AVG | 225 | 74 |
| 2/28/2021 | 1 | Osmotic pressure, total | 129 | mOsm/kg | AVG | 231 | 79 |
| 2/28/2021 | 1 | Osmotic pressure, total | 183 | mOsm/kg | MAX | 268 | 46 |
| 4/30/2021 | 1 | Osmotic pressure, total | 129 | mOsm/kg | AVG | 174 | 35 |
| 4/30/2021 | 1 | Osmotic pressure, total | 183 | mOsm/kg | MAX | 274 | 50 |
| 5/31/2021 | 1 | Osmotic pressure, total | 183 | mOsm/kg | MAX | 209 | 14 |
| 5/31/2021 | 1 | Osmotic pressure, total | 129 | mOsm/kg | AVG | 189 | 47 |
| 6/30/2021 | 1 | Osmotic pressure, total | 129 | mOsm/kg | AVG | 325 | 152 |
| 6/30/2021 | 1 | Osmotic pressure, total | 183 | mOsm/kg | MAX | 331 | 81 |
| 8/31/2021 | 1 | Osmotic pressure, total | 129 | mOsm/kg | AVG | 180 | 40 |
| 8/31/2021 | 1 | Osmotic pressure, total | 183 | mOsm/kg | MAX | 297 | 62 |

| 9/30/2021 | 1 | Osmotic pressure, total | 183 | mOsm/kg | MAX | 313 | 71 |
|---|---|---|---|---|---|---|---|
| 9/30/2021 | 1 | Osmotic pressure, total | 129 | mOsm/kg | AVG | 303 | 135 |
| 10/31/2021 | 1 | Osmotic pressure, total | 129 | mOsm/kg | AVG | 270 | 109 |
| 10/31/2021 | 1 | Osmotic pressure, total | 183 | mOsm/kg | MAX | 347 | 90 |
| 11/30/2021 | 1 | Osmotic pressure, total | 183 | mOsm/kg | MAX | 346 | 89 |
| 11/30/2021 | 1 | Osmotic pressure, total | 129 | mOsm/kg | AVG | 314 | 143 |
| 12/31/2021 | 1 | Osmotic pressure, total | 129 | mOsm/kg | AVG | 342 | 165 |
| 12/31/2021 | 1 | Osmotic pressure, total | 183 | mOsm/kg | MAX | 352 | 92 |
| 1/31/2022 | 1 | Osmotic pressure, total | 183 | mOsm/kg | MAX | 322 | 76 |
| 1/31/2022 | 1 | Osmotic pressure, total | 129 | mOsm/kg | AVG | 263 | 104 |
| 2/28/2022 | 1 | Osmotic pressure, total | 129 | mOsm/kg | AVG | 315 | 144 |
| 2/28/2022 | 1 | Osmotic pressure, total | 183 | mOsm/kg | MAX | 339 | 85 |
| 3/31/2022 | 1 | Osmotic pressure, total | 183 | mOsm/kg | MAX | 248 | 36 |
| 3/31/2022 | 1 | Osmotic pressure, total | 129 | mOsm/kg | AVG | 144 | 12 |
| 4/30/2022 | 1 | Osmotic pressure, total | 129 | mOsm/kg | AVG | 172 | 33 |
| 4/30/2022 | 1 | Osmotic pressure, total | 183 | mOsm/kg | MAX | 234 | 28 |
| 5/31/2022 | 1 | Osmotic pressure, total | 183 | mOsm/kg | MAX | 350 | 91 |
| 5/31/2022 | 1 | Osmotic pressure, total | 129 | mOsm/kg | AVG | 318 | 147 |
| 6/30/2022 | 1 | Osmotic pressure, total | 183 | mOsm/kg | MAX | 317 | 73 |
| 6/30/2022 | 1 | Osmotic pressure, total | 129 | mOsm/kg | AVG | 285 | 121 |
| 7/31/2022 | 1 | Osmotic pressure, total | 183 | mOsm/kg | MAX | 281 | 54 |
| 7/31/2022 | 1 | Osmotic pressure, total | 129 | mOsm/kg | AVG | 180 | 40 |
| 8/31/2022 | 1 | Osmotic pressure, total | 183 | mOsm/kg | MAX | 291 | 59 |
| 8/31/2022 | 1 | Osmotic pressure, total | 129 | mOsm/kg | AVG | 291 | 126 |
| 9/30/2022 | 1 | Osmotic pressure, total | 183 | mOsm/kg | MAX | 282 | 54 |
| 9/30/2022 | 1 | Osmotic pressure, total | 129 | mOsm/kg | AVG | 190 | 47 |
| 10/31/2022 | 1 | Osmotic pressure, total | 183 | mOsm/kg | MAX | 310 | 69 |
| 10/31/2022 | 1 | Osmotic pressure, total | 129 | mOsm/kg | AVG | 286 | 122 |
| 11/30/2022 | 1 | Osmotic pressure, total | 183 | mOsm/kg | MAX | 262 | 43 |
| 11/30/2022 | 1 | Osmotic pressure, total | 129 | mOsm/kg | AVG | 137 | 6 |