# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LOWER SUSQUEHANNA RIVERKEEPER ASSOCIATION, | : : : | Civil No. 1:23-CV-00044 |
| Plaintiff, | : : | |
| v. | : : | |
| REPUBLIC SERVICES OF PENNSYLVANIA LLC, | : : : | |
| Defendant. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 25th day of September 2023, after considering the letters from the parties concerning their discovery dispute, Docs. 21 and 22, the court is persuaded that some of the disputed issues are not ripe for review and many will be resolved in the natural course of discovery. Accordingly, the court will not take any action on this matter before October 30, 2023. Further, **it is ordered as follows**:

1) The parties **MAY NOT** raise discovery disputes until **AFTER October 30, 2023, AND MAY ONLY RAISE A SUBSEQUENT DISPUTE PROVIDED THAT** they follow the required procedural steps including meeting and conferring before docketing a letter to the court, which **SHALL BE** limited to 3-pages single-spaced pursuant to this court's civil practice order.  (Doc. 16.)

>   s/Jennifer P. Wilson
>   JENNIFER P. WILSON
>   United States District Judge
>   Middle District of Pennsylvania