UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LOWER SUSQUEHANNA RIVERKEEPER ASSOCIATION, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | )    **Case No. 1:23-cv-00044-JPW** ) |
| REPUBLIC SERVICES OF PENNSYLVANIA, LLC, | ) ) ) |
| Defendant. | ) |

**STIPULATION**

The parties stipulate to the facts set forth below:

1.  From July 2019 through April 2023, as specified in its NPDES Permit No. PA0046680, Defendant monitored and measured the daily maximum (Max) and monthly average (Avg) amounts of total osmotic pressure (measured as milliosmoles/kilogram (mOsm/kg)) and total boron (measured as a concentration in milligrams/liter (mg/L) and calculated as a mass in pounds/day (lb/d)) in its discharges of landfill leachate from Outfall 001 into Kreutz Creek.

2.  The measured amounts of those parameters during that time are as follows:

| | Month | Parameter | Limit | Units | Type | DMR value | % Over |
|---|---|---|---|---|---|---|---|
| 1 | 7/2/2019 | Osmotic pressure, total | 183 | mOsm/kg | Max | 249 | 36 |
| 2 | 7/31/2019 | Osmotic pressure, total | 129 | mOsm/kg | Avg | <129.5 | 0 |
| 3 | 8/1/2019 | Osmotic pressure, total | 183 | mOsm/kg | Max | 237 | 30 |
| 4 | 9/30/2019 | Osmotic pressure, total | 129 | mOsm/kg | Avg | 191 | 48 |
| 5 | 9/5/2019 | Osmotic pressure, total | 183 | mOsm/kg | Max | 255 | 39 |
| 6 | 10/3/2019 | Osmotic pressure, total | 183 | mOsm/kg | Max | 282 | 54 |
| 7 | 10/10/2019 | Osmotic pressure, total | 183 | mOsm/kg | Max | 332 | 81 |
| 8 | 10/31/2019 | Osmotic pressure, total | 129 | mOsm/kg | Avg | 307 | 138 |
| 9 | 11/14/2019 | Osmotic pressure, total | 183 | mOsm/kg | Max | 290 | 58 |
| 10 | 11/30/2019 | Osmotic pressure, total | 129 | mOsm/kg | Avg | 151 | 17 |
| 11 | 12/31/2019 | Osmotic pressure, total | 129 | mOsm/kg | Avg | 136.5 | 6 |
| 12 | 12/5/2019 | Osmotic pressure, total | 183 | mOsm/kg | Max | 262 | 43 |

| 13 | 1/9/2020 | Osmotic pressure, total | 183 | mOsm/kg | Max | 282 | 54 |
| 14 | 1/23/2020 | Osmotic pressure, total | 183 | mOsm/kg | Max | 227 | 24 |
| 15 | 1/31/2020 | Osmotic pressure, total | 129 | mOsm/kg | Avg | 254.5 | 97 |
| 16 | 2/13/2020 | Osmotic pressure, total | 183 | mOsm/kg | Max | 308 | 68 |
| 17 | 2/29/2020 | Osmotic pressure, total | 129 | mOsm/kg | Avg | 160.5 | 24 |
| 18 | 3/31/2020 | Osmotic pressure, total | 129 | mOsm/kg | Avg | 289 | 124 |
| 19 | 3/5/2020 | Osmotic pressure, total | 183 | mOsm/kg | Max | 210 | 15 |
| 20 | 3/12/2020 | Osmotic pressure, total | 183 | mOsm/kg | Max | 368 | 101 |
| 21 | 4/2/2020 | Osmotic pressure, total | 183 | mOsm/kg | Max | 229 | 25 |
| 22 | 4/9/2020 | Osmotic pressure, total | 183 | mOsm/kg | Max | 262 | 43 |
| 23 | 4/30/2020 | Osmotic pressure, total | 129 | mOsm/kg | Avg | 246 | 91 |
| 24 | 5/7/2020 | Osmotic pressure, total | 183 | mOsm/kg | Max | 241 | 32 |
| 25 | 5/14/2020 | Osmotic pressure, total | 183 | mOsm/kg | Max | 219 | 20 |
| 26 | 5/31/2020 | Osmotic pressure, total | 129 | mOsm/kg | Avg | 230 | 78 |
| 27 | 6/4/2020 | Osmotic pressure, total | 183 | mOsm/kg | Max | 288 | 57 |
| 28 | 6/11/2020 | Osmotic pressure, total | 183 | mOsm/kg | Max | 313 | 71 |
| 29 | 6/30/2020 | Osmotic pressure, total | 129 | mOsm/kg | Avg | 301 | 133 |
| 30 | 7/9/2020 | Osmotic pressure, total | 183 | mOsm/kg | Max | 286 | 56 |
| 31 | 7/30/2020 | Osmotic pressure, total | 183 | mOsm/kg | Max | 245 | 34 |
| 32 | 7/31/2020 | Osmotic pressure, total | 129 | mOsm/kg | Avg | 266 | 106 |
| 33 | 8/13/2020 | Osmotic pressure, total | 183 | mOsm/kg | Max | 241 | 32 |
| 34 | 8/31/2020 | Osmotic pressure, total | 129 | mOsm/kg | Avg | 185 | 43 |
| 35 | 10/1/2020 | Osmotic pressure, total | 183 | mOsm/kg | Max | 296 | 62 |
| 36 | 10/31/2020 | Osmotic pressure, total | 129 | mOsm/kg | Avg | 190 | 47 |
| 37 | 11/12/2020 | Osmotic pressure, total | 183 | mOsm/kg | Max | 303 | 66 |
| 38 | 11/30/2020 | Osmotic pressure, total | 129 | mOsm/kg | Avg | 179 | 39 |
| 39 | 12/3/2020 | Osmotic pressure, total | 183 | mOsm/kg | Max | 228 | 25 |
| 40 | 12/31/2020 | Osmotic pressure, total | 129 | mOsm/kg | Avg | 138 | 7 |
| 41 | 1/7/2021 | Osmotic pressure, total | 183 | mOsm/kg | Max | 186 | 2 |
| 42 | 1/14/2021 | Osmotic pressure, total | 183 | mOsm/kg | Max | 263 | 44 |
| 43 | 1/31/2021 | Osmotic pressure, total | 129 | mOsm/kg | Avg | 225 | 74 |
| 44 | 2/28/2021 | Osmotic pressure, total | 129 | mOsm/kg | Avg | 231 | 79 |
| 45 | 2/4/2021 | Osmotic pressure, total | 183 | mOsm/kg | Max | 268 | 46 |
| 46 | 2/11/2021 | Osmotic pressure, total | 183 | mOsm/kg | Max | 193 | 5 |
| 47 | 4/8/2021 | Osmotic pressure, total | 183 | mOsm/kg | Max | 274 | 50 |
| 48 | 4/30/2021 | Osmotic pressure, total | 129 | mOsm/kg | Avg | 174 | 35 |
| 49 | 5/13/2021 | Osmotic pressure, total | 183 | mOsm/kg | Max | 209 | 14 |
| 50 | 5/31/2021 | Osmotic pressure, total | 129 | mOsm/kg | Avg | 189 | 47 |
| 51 | 6/3/2021 | Osmotic pressure, total | 183 | mOsm/kg | Max | 318 | 74 |
| 52 | 6/10/2021 | Osmotic pressure, total | 183 | mOsm/kg | Max | 331 | 81 |
| 53 | 6/30/2021 | Osmotic pressure, total | 129 | mOsm/kg | Avg | 325 | 152 |

| 54 | 8/12/2021 | Osmotic pressure, total | 183 | mOsm/kg | Max | 297 | 62 |
| 55 | 8/31/2021 | Osmotic pressure, total | 129 | mOsm/kg | Avg | 180 | 40 |
| 56 | 9/2/2021 | Osmotic pressure, total | 183 | mOsm/kg | Max | 313 | 71 |
| 57 | 9/9/2021 | Osmotic pressure, total | 183 | mOsm/kg | Max | 292 | 60 |
| 58 | 9/30/2021 | Osmotic pressure, total | 129 | mOsm/kg | Avg | 303 | 135 |
| 59 | 10/7/2021 | Osmotic pressure, total | 183 | mOsm/kg | Max | 347 | 90 |
| 60 | 10/14/2021 | Osmotic pressure, total | 183 | mOsm/kg | Max | 193 | 5 |
| 61 | 10/31/2021 | Osmotic pressure, total | 129 | mOsm/kg | Avg | 270 | 109 |
| 62 | 11/4/2021 | Osmotic pressure, total | 183 | mOsm/kg | Max | 281 | 54 |
| 63 | 11/11/2021 | Osmotic pressure, total | 183 | mOsm/kg | Max | 346 | 89 |
| 64 | 11/30/2021 | Osmotic pressure, total | 129 | mOsm/kg | Avg | 314 | 143 |
| 65 | 12/2/2021 | Osmotic pressure, total | 183 | mOsm/kg | Max | 352 | 92 |
| 66 | 12/9/2021 | Osmotic pressure, total | 183 | mOsm/kg | Max | 332 | 81 |
| 67 | 12/31/2021 | Osmotic pressure, total | 129 | mOsm/kg | Avg | 342 | 165 |
| 68 | 1/6/2022 | Osmotic pressure, total | 183 | mOsm/kg | Max | 204 | 11 |
| 69 | 1/13/2022 | Osmotic pressure, total | 183 | mOsm/kg | Max | 322 | 76 |
| 70 | 1/31/2022 | Osmotic pressure, total | 129 | mOsm/kg | Avg | 263 | 104 |
| 71 | 2/3/2022 | Osmotic pressure, total | 183 | mOsm/kg | Max | 339 | 85 |
| 72 | 2/10/2022 | Osmotic pressure, total | 183 | mOsm/kg | Max | 291 | 59 |
| 73 | 2/28/2022 | Osmotic pressure, total | 129 | mOsm/kg | Avg | 315 | 144 |
| 74 | 3/3/2022 | Osmotic pressure, total | 183 | mOsm/kg | Max | 248 | 36 |
| 75 | 3/31/2022 | Osmotic pressure, total | 129 | mOsm/kg | Avg | 144 | 12 |
| 76 | 4/28/2022 | Osmotic pressure, total | 183 | mOsm/kg | Max | 234 | 28 |
| 77 | 4/30/2022 | Osmotic pressure, total | 129 | mOsm/kg | Avg | 172 | 33 |
| 78 | 5/5/2022 | Osmotic pressure, total | 183 | mOsm/kg | Max | 350 | 91 |
| 79 | 5/12/2022 | Osmotic pressure, total | 183 | mOsm/kg | Max | 286 | 56 |
| 80 | 5/31/2022 | Osmotic pressure, total | 129 | mOsm/kg | Avg | 318 | 147 |
| 81 | 6/2/2022 | Osmotic pressure, total | 183 | mOsm/kg | Max | 252 | 38 |
| 82 | 6/9/2022 | Osmotic pressure, total | 183 | mOsm/kg | Max | 317 | 73 |
| 83 | 6/30/2022 | Osmotic pressure, total | 129 | mOsm/kg | Avg | 285 | 121 |
| 84 | 7/7/2022 | Osmotic pressure, total | 183 | mOsm/kg | Max | 281 | 54 |
| 85 | 7/31/2022 | Osmotic pressure, total | 129 | mOsm/kg | Avg | 180 | 40 |
| 86 | 8/4/2022 | Osmotic pressure, total | 183 | mOsm/kg | Max | 291 | 59 |
| 87 | 8/11/2022 | Osmotic pressure, total | 183 | mOsm/kg | Max | 291 | 59 |
| 88 | 8/31/2022 | Osmotic pressure, total | 129 | mOsm/kg | Avg | 291 | 126 |
| 89 | 9/1/2022 | Osmotic pressure, total | 183 | mOsm/kg | Max | 282 | 54 |
| 90 | 9/30/2022 | Osmotic pressure, total | 129 | mOsm/kg | Avg | 190 | 47 |
| 91 | 10/6/2022 | Osmotic pressure, total | 183 | mOsm/kg | Max | 310 | 69 |
| 92 | 10/13/2022 | Osmotic pressure, total | 183 | mOsm/kg | Max | 261 | 43 |
| 93 | 10/31/2022 | Osmotic pressure, total | 129 | mOsm/kg | Avg | 286 | 122 |
| 94 | 11/3/2022 | Osmotic pressure, total | 183 | mOsm/kg | Max | 262 | 43 |

| 95 | 11/30/2022 | Osmotic pressure, total | 129 | mOsm/kg | Avg | 137 | 6 |
|---|---|---|---|---|---|---|---|
| 96 | 12/1/2022 | Osmotic pressure, total | 183 | mOsm/kg | Max | 230 | 26 |
| 97 | 12/8/2022 | Osmotic pressure, total | 183 | mOsm/kg | Max | 459 | 151 |
| 98 | 12/31/2022 | Osmotic pressure, total | 129 | mOsm/kg | Avg | 345 | 167 |
| 99 | 1/5/2023 | Osmotic pressure, total | 183 | mOsm/kg | Max | 268 | 46 |
| 100 | 1/12/2023 | Osmotic pressure, total | 183 | mOsm/kg | Max | 253 | 38 |
| 101 | 1/31/2023 | Osmotic pressure, total | 129 | mOsm/kg | Avg | 261 | 102 |
| 102 | 2/9/2023 | Osmotic pressure, total | 183 | mOsm/kg | Max | 290 | 58 |
| 103 | 2/28/2023 | Osmotic pressure, total | 129 | mOsm/kg | Avg | 230 | 78 |
| 104 | 3/2/2023 | Osmotic pressure, total | 183 | mOsm/kg | Max | 256 | 40 |
| 105 | 3/9/2023 | Osmotic pressure, total | 183 | mOsm/kg | Max | 273 | 49 |
| 106 | 3/31/2023 | Osmotic pressure, total | 129 | mOsm/kg | Avg | 265 | 105 |
| 107 | 4/30/2023 | Osmotic pressure, total | 129 | mOsm/kg | Avg | 293 | 127 |
| 108 | 4/6/2023 | Osmotic pressure, total | 183 | mOsm/kg | Max | 264 | 44 |
| 109 | 4/13/2023 | Osmotic pressure, total | 183 | mOsm/kg | Max | 322 | 76 |
| 110 | 2/6/2020 | Boron, total | 23 | lb/d | Max | 23.1 | 0 |
| 111 | 2/20/2020 | Boron, total | 23 | lb/d | Max | 24.2 | 5 |
| 112 | 2/27/2020 | Boron, total | 23 | lb/d | Max | 26.9 | 17 |
| 113 | 2/29/2020 | Boron, total | 17.2 | lb/d | Avg | 23.4 | 36 |
| 114 | 3/31/2020 | Boron, total | 17.2 | lb/d | Avg | 19.0 | 10 |
| 115 | 3/26/2020 | Boron, total | 23 | lb/d | Max | 23.1 | 0 |
| 116 | 4/2/2020 | Boron, total | 23 | lb/d | Max | 25.6 | 11 |
| 117 | 4/9/2020 | Boron, total | 23 | lb/d | Max | 36.0 | 57 |
| 118 | 4/23/2020 | Boron, total | 23 | lb/d | Max | 30.1 | 31 |
| 119 | 4/30/2020 | Boron, total | 17.2 | lb/d | Avg | 20.8 | 21 |
| 120 | 5/21/2020 | Boron, total | 23 | lb/d | Max | 26.6 | 16 |
| 121 | 5/28/2020 | Boron, total | 23 | lb/d | Max | 29.8 | 30 |
| 122 | 5/31/2020 | Boron, total | 17.2 | lb/d | Avg | 20.2 | 17 |
| 123 | 6/4/2020 | Boron, total | 23 | lb/d | Max | 23.9 | 4 |
| 124 | 7/16/2020 | Boron, total | 23 | lb/d | Max | 35.8 | 56 |
| 125 | 7/30/2020 | Boron, total | 23 | lb/d | Max | 28.8 | 25 |
| 126 | 7/31/2020 | Boron, total | 17.2 | lb/d | Avg | 18.0 | 5 |
| 127 | 9/10/2020 | Boron, total | 23 | lb/d | Max | 32.7 | 42 |
| 128 | 9/30/2020 | Boron, total | 17.2 | lb/d | Avg | 20.4 | 19 |
| 129 | 10/15/2020 | Boron, total | 23 | lb/d | Max | 35.1 | 53 |
| 130 | 10/22/2020 | Boron, total | 23 | lb/d | Max | 25.9 | 13 |
| 131 | 10/29/2020 | Boron, total | 23 | lb/d | Max | 26.8 | 17 |
| 132 | 10/31/2020 | Boron, total | 17.2 | lb/d | Avg | 21.3 | 24 |
| 133 | 11/12/2020 | Boron, total | 23 | lb/d | Max | 35.9 | 56 |
| 134 | 11/30/2020 | Boron, total | 17.2 | lb/d | Avg | 21.18 | 23 |
| 135 | 12/31/2020 | Boron, total | 17.2 | lb/d | Avg | 22.58 | 31 |

| 136 | 12/17/2020 | Boron, total | 23 | lb/d | Max | 31.8 | 38 |
| 137 | 1/14/2021 | Boron, total | 23 | lb/d | Max | 27.5 | 20 |
| 138 | 1/21/2021 | Boron, total | 23 | lb/d | Max | 25.5 | 11 |
| 139 | 1/31/2021 | Boron, total | 17.2 | lb/d | Avg | 25.2 | 47 |
| 140 | 2/4/2021 | Boron, total | 23 | lb/d | Max | 32.9 | 43 |
| 141 | 2/11/2021 | Boron, total | 23 | lb/d | Max | 23.3 | 1 |
| 142 | 2/19/2021 | Boron, total | 23 | lb/d | Max | 24.8 | 8 |
| 143 | 2/28/2021 | Boron, total | 17.2 | lb/d | Avg | 20.4 | 19 |
| 144 | 3/18/2021 | Boron, total | 23 | lb/d | Max | 25.6 | 11 |
| 145 | 3/25/2021 | Boron, total | 23 | lb/d | Max | 37.6 | 63 |
| 146 | 3/31/2021 | Boron, total | 17.2 | lb/d | Avg | 22.53 | 31 |
| 147 | 4/15/2021 | Boron, total | 23 | lb/d | Max | 26.3 | 14 |
| 148 | 5/31/2021 | Boron, total | 17.2 | lb/d | Avg | 19.9 | 16 |
| 149 | 6/30/2021 | Boron, total | 17.2 | lb/d | Avg | 17.7 | 3 |
| 150 | 10/21/2021 | Boron, total | 23 | lb/d | Max | 23.4 | 2 |
| 151 | 10/31/2021 | Boron, total | 17.2 | lb/d | Avg | 20.9 | 22 |
| 152 | 11/4/2021 | Boron, total | 23 | lb/d | Max | 25.6 | 11 |
| 153 | 11/11/2021 | Boron, total | 23 | lb/d | Max | 23.8 | 3 |
| 154 | 11/23/2021 | Boron, total | 23 | lb/d | Max | 27.2 | 18 |
| 155 | 11/30/2021 | Boron, total | 17.2 | lb/d | Avg | 22.2 | 29 |
| 156 | 12/2/2021 | Boron, total | 23 | lb/d | Max | 33.6 | 46 |
| 157 | 12/9/2021 | Boron, total | 23 | lb/d | Max | 29.7 | 29 |
| 158 | 12/16/2021 | Boron, total | 23 | lb/d | Max | 31.1 | 35 |
| 159 | 12/23/2021 | Boron, total | 23 | lb/d | Max | 38.3 | 67 |
| 160 | 12/31/2021 | Boron, total | 17.2 | lb/d | Avg | 30.3 | 76 |
| 161 | 1/6/2022 | Boron, total | 23 | lb/d | Max | 27.5 | 20 |
| 162 | 1/13/2022 | Boron, total | 23 | lb/d | Max | 37.8 | 64 |
| 163 | 1/20/2022 | Boron, total | 23 | lb/d | Max | 30.5 | 33 |
| 164 | 1/27/2022 | Boron, total | 23 | lb/d | Max | 32.4 | 41 |
| 165 | 1/31/2022 | Boron, total | 17.2 | lb/d | Avg | 32.0 | 86 |
| 166 | 2/3/2022 | Boron, total | 23 | lb/d | Max | 30.1 | 31 |
| 167 | 2/24/2022 | Boron, total | 23 | lb/d | Max | 38.1 | 66 |
| 168 | 2/28/2022 | Boron, total | 17.2 | lb/d | Avg | 24.7 | 44 |
| 169 | 3/10/2022 | Boron, total | 23 | lb/d | Max | 28.7 | 25 |
| 170 | 3/17/2022 | Boron, total | 23 | lb/d | Max | 30.2 | 31 |
| 171 | 3/24/2022 | Boron, total | 23 | lb/d | Max | 31.7 | 38 |
| 172 | 3/31/2022 | Boron, total | 17.2 | lb/d | Avg | 29.1 | 69 |
| 173 | 3/31/2022 | Boron, total | 23 | lb/d | Max | 32.7 | 42 |
| 174 | 4/5/2022 | Boron, total | 23 | lb/d | Max | 34.8 | 51 |
| 175 | 4/14/2022 | Boron, total | 23 | lb/d | Max | 31.8 | 38 |
| 176 | 4/21/2022 | Boron, total | 23 | lb/d | Max | 32.5 | 41 |

| 177 | 4/28/2022 | Boron, total | 23 | lb/d | Max | 37.7 | 64 |
| 178 | 4/30/2022 | Boron, total | 17.2 | lb/d | Avg | 34.2 | 99 |
| 179 | 5/12/2022 | Boron, total | 23 | lb/d | Max | 38.7 | 68 |
| 180 | 5/19/2022 | Boron, total | 23 | lb/d | Max | 36.4 | 58 |
| 181 | 5/26/2022 | Boron, total | 23 | lb/d | Max | 29.9 | 30 |
| 182 | 5/31/2022 | Boron, total | 17.2 | lb/d | Avg | 31.8 | 85 |
| 183 | 6/2/2022 | Boron, total | 23 | lb/d | Max | 32.1 | 40 |
| 184 | 6/16/2022 | Boron, total | 23 | lb/d | Max | 48.2 | 110 |
| 185 | 6/23/2022 | Boron, total | 23 | lb/d | Max | 33.8 | 47 |
| 186 | 6/30/2022 | Boron, total | 17.2 | lb/d | Avg | 31.8 | 85 |
| 187 | 6/30/2022 | Boron, total | 23 | lb/d | Max | 26.5 | 15 |
| 188 | 7/28/2022 | Boron, total | 23 | lb/d | Max | 24.4 | 6 |
| 189 | 7/31/2022 | Boron, total | 17.2 | lb/d | Avg | 21.8 | 27 |
| 190 | 8/31/2022 | Boron, total | 17.2 | lb/d | Avg | 21.1 | 23 |
| 191 | 9/1/2022 | Boron, total | 23 | lb/d | Max | 25.4 | 10 |
| 192 | 9/22/2022 | Boron, total | 23 | lb/d | Max | 27.3 | 19 |
| 193 | 9/29/2022 | Boron, total | 23 | lb/d | Max | 34.8 | 51 |
| 194 | 9/30/2022 | Boron, total | 17.2 | lb/d | Avg | 25.2 | 47 |
| 195 | 10/6/2022 | Boron, total | 23 | lb/d | Max | 25.3 | 10 |
| 196 | 10/13/2022 | Boron, total | 23 | lb/d | Max | 31.2 | 36 |
| 197 | 10/27/2022 | Boron, total | 23 | lb/d | Max | 26.2 | 14 |
| 198 | 10/31/2022 | Boron, total | 17.2 | lb/d | Avg | 23.1 | 34 |
| 199 | 12/15/2022 | Boron, total | 23 | lb/d | Max | 31.5 | 37 |
| 200 | 12/22/2022 | Boron, total | 23 | lb/d | Max | 25.9 | 13 |
| 201 | 12/29/2022 | Boron, total | 23 | lb/d | Max | 35.5 | 54 |
| 202 | 12/31/2022 | Boron, total | 17.2 | lb/d | Avg | 25.9 | 51 |
| 203 | 1/5/2023 | Boron, total | 23 | lb/d | Max | 32.2 | 40 |
| 204 | 1/12/2023 | Boron, total | 23 | lb/d | Max | 27.9 | 21 |
| 205 | 1/19/2023 | Boron, total | 23 | lb/d | Max | 32.9 | 43 |
| 206 | 1/26/2023 | Boron, total | 23 | lb/d | Max | 36.7 | 60 |
| 207 | 1/31/2023 | Boron, total | 17.2 | lb/d | Avg | 32.4 | 88 |
| 208 | 2/2/2023 | Boron, total | 23 | lb/d | Max | 37.2 | 62 |
| 209 | 2/9/2023 | Boron, total | 23 | lb/d | Max | 23.4 | 2 |
| 210 | 2/23/2023 | Boron, total | 23 | lb/d | Max | 39.6 | 72 |
| 211 | 2/28/2023 | Boron, total | 17.2 | lb/d | Avg | 26.4 | 53 |
| 212 | 3/2/2023 | Boron, total | 23 | lb/d | Max | 30.8 | 34 |
| 213 | 3/9/2023 | Boron, total | 23 | lb/d | Max | 30.7 | 33 |
| 214 | 3/16/2023 | Boron, total | 23 | lb/d | Max | 25.1 | 9 |
| 215 | 3/23/2023 | Boron, total | 23 | lb/d | Max | 26.7 | 16 |
| 216 | 3/28/2023 | Boron, total | 23 | lb/d | Max | 27.6 | 20 |
| 217 | 3/31/2023 | Boron, total | 17.2 | lb/d | Avg | 28.2 | 64 |

| 218 | 4/13/2023 | Boron, total | 23 | lb/d | Max | 42.1 | 83 |
| 219 | 2/6/2020 | Boron, total | 5.52 | mg/L | Max | 18.6 | 237 |
| 220 | 2/13/2020 | Boron, total | 5.52 | mg/L | Max | 13.4 | 143 |
| 221 | 2/20/2020 | Boron, total | 5.52 | mg/L | Max | 16.2 | 193 |
| 222 | 2/27/2020 | Boron, total | 5.52 | mg/L | Max | 14.5 | 163 |
| 223 | 2/29/2020 | Boron, total | 4.12 | mg/L | Avg | 15.68 | 281 |
| 224 | 3/31/2020 | Boron, total | 4.12 | mg/L | Avg | 13.88 | 237 |
| 225 | 3/5/2020 | Boron, total | 5.52 | mg/L | Max | 13.0 | 136 |
| 226 | 3/12/2020 | Boron, total | 5.52 | mg/L | Max | 14.5 | 163 |
| 227 | 3/20/2020 | Boron, total | 5.52 | mg/L | Max | 13.0 | 136 |
| 228 | 3/26/2020 | Boron, total | 5.52 | mg/L | Max | 15.0 | 172 |
| 229 | 4/2/2020 | Boron, total | 5.52 | mg/L | Max | 17.5 | 217 |
| 230 | 4/9/2020 | Boron, total | 5.52 | mg/L | Max | 20.0 | 262 |
| 231 | 4/16/2020 | Boron, total | 5.52 | mg/L | Max | 14.0 | 154 |
| 232 | 4/23/2020 | Boron, total | 5.52 | mg/L | Max | 22.0 | 299 |
| 233 | 4/30/2020 | Boron, total | 4.12 | mg/L | Avg | 15.42 | 274 |
| 234 | 5/7/2020 | Boron, total | 5.52 | mg/L | Max | 21.5 | 289 |
| 235 | 5/14/2020 | Boron, total | 5.52 | mg/L | Max | 16.9 | 206 |
| 236 | 5/21/2020 | Boron, total | 5.52 | mg/L | Max | 17.0 | 208 |
| 237 | 5/28/2020 | Boron, total | 5.52 | mg/L | Max | 21.0 | 280 |
| 238 | 5/31/2020 | Boron, total | 4.12 | mg/L | Avg | 18.88 | 358 |
| 239 | 6/4/2020 | Boron, total | 5.52 | mg/L | Max | 17.5 | 217 |
| 240 | 6/11/2020 | Boron, total | 5.52 | mg/L | Max | 8.5 | 54 |
| 241 | 6/30/2020 | Boron, total | 4.12 | mg/L | Avg | 7.25 | 76 |
| 242 | 7/9/2020 | Boron, total | 5.52 | mg/L | Max | 16.0 | 190 |
| 243 | 7/16/2020 | Boron, total | 5.52 | mg/L | Max | 22.0 | 299 |
| 244 | 7/23/2020 | Boron, total | 5.52 | mg/L | Max | 14.0 | 154 |
| 245 | 7/30/2020 | Boron, total | 5.52 | mg/L | Max | 19.0 | 244 |
| 246 | 7/31/2020 | Boron, total | 4.12 | mg/L | Avg | 15.02 | 265 |
| 247 | 8/6/2020 | Boron, total | 5.52 | mg/L | Max | 11.0 | 99 |
| 248 | 8/13/2020 | Boron, total | 5.52 | mg/L | Max | 12.0 | 117 |
| 249 | 8/20/2020 | Boron, total | 5.52 | mg/L | Max | 20.0 | 262 |
| 250 | 8/27/2020 | Boron, total | 5.52 | mg/L | Max | 15.0 | 172 |
| 251 | 8/31/2020 | Boron, total | 4.12 | mg/L | Avg | 14.5 | 252 |
| 252 | 9/3/2020 | Boron, total | 5.52 | mg/L | Max | 11.0 | 99 |
| 253 | 9/10/2020 | Boron, total | 5.52 | mg/L | Max | 25.0 | 353 |
| 254 | 9/17/2020 | Boron, total | 5.52 | mg/L | Max | 14.0 | 154 |
| 255 | 9/24/2020 | Boron, total | 5.52 | mg/L | Max | 14.0 | 154 |
| 256 | 9/30/2020 | Boron, total | 4.12 | mg/L | Avg | 16.0 | 288 |
| 257 | 10/1/2020 | Boron, total | 5.52 | mg/L | Max | 19.0 | 244 |
| 258 | 10/9/2020 | Boron, total | 5.52 | mg/L | Max | 11.0 | 99 |

| 259 | 10/15/2020 | Boron, total | 5.52 | mg/L | Max | 18.0 | 226 |
| 260 | 10/22/2020 | Boron, total | 5.52 | mg/L | Max | 14 | 154 |
| 261 | 10/29/2020 | Boron, total | 5.52 | mg/L | Max | 14.0 | 154 |
| 262 | 10/31/2020 | Boron, total | 4.12 | mg/L | Avg | 15.2 | 269 |
| 263 | 11/5/2020 | Boron, total | 5.52 | mg/L | Max | 6.4 | 16 |
| 264 | 11/12/2020 | Boron, total | 5.52 | mg/L | Max | 21.0 | 280 |
| 265 | 11/19/2020 | Boron, total | 5.52 | mg/L | Max | 14.0 | 154 |
| 266 | 11/25/2020 | Boron, total | 5.52 | mg/L | Max | 14.0 | 154 |
| 267 | 11/30/2020 | Boron, total | 4.12 | mg/L | Avg | 13.85 | 236 |
| 268 | 12/3/2020 | Boron, total | 5.52 | mg/L | Max | 12.0 | 117 |
| 269 | 12/10/2020 | Boron, total | 5.52 | mg/L | Max | 15.0 | 172 |
| 270 | 12/17/2020 | Boron, total | 5.52 | mg/L | Max | 18.0 | 226 |
| 271 | 12/23/2020 | Boron, total | 5.52 | mg/L | Max | 15.0 | 172 |
| 272 | 12/30/2020 | Boron, total | 5.52 | mg/L | Max | 14.0 | 154 |
| 273 | 12/31/2020 | Boron, total | 4.12 | mg/L | Avg | 14.80 | 259 |
| 274 | 1/7/2021 | Boron, total | 5.52 | mg/L | Max | 16.0 | 190 |
| 275 | 1/14/2021 | Boron, total | 5.52 | mg/L | Max | 17.0 | 208 |
| 276 | 1/21/2021 | Boron, total | 5.52 | mg/L | Max | 17.0 | 208 |
| 277 | 1/28/2021 | Boron, total | 5.52 | mg/L | Max | 16.0 | 190 |
| 278 | 1/31/2021 | Boron, total | 4.12 | mg/L | Avg | 16.50 | 300 |
| 279 | 2/4/2021 | Boron, total | 5.52 | mg/L | Max | 20.0 | 262 |
| 280 | 2/11/2021 | Boron, total | 5.52 | mg/L | Max | 15.0 | 172 |
| 281 | 2/19/2021 | Boron, total | 5.52 | mg/L | Max | 18.0 | 226 |
| 282 | 2/25/2021 | Boron, total | 5.52 | mg/L | Max | 15.0 | 172 |
| 283 | 2/28/2021 | Boron, total | 4.12 | mg/L | Avg | 17.00 | 313 |
| 284 | 3/4/2021 | Boron, total | 5.52 | mg/L | Max | 13.0 | 136 |
| 285 | 3/11/2021 | Boron, total | 5.52 | mg/L | Max | 7.8 | 41 |
| 286 | 3/18/2021 | Boron, total | 5.52 | mg/L | Max | 19.0 | 244 |
| 287 | 3/25/2021 | Boron, total | 5.52 | mg/L | Max | 23.0 | 317 |
| 288 | 3/31/2021 | Boron, total | 4.12 | mg/L | Avg | 15.70 | 281 |
| 289 | 4/1/2021 | Boron, total | 5.52 | mg/L | Max | 21.0 | 280 |
| 290 | 4/8/2021 | Boron, total | 5.52 | mg/L | Max | 22.0 | 299 |
| 291 | 4/15/2021 | Boron, total | 5.52 | mg/L | Max | 20.0 | 262 |
| 292 | 4/22/2021 | Boron, total | 5.52 | mg/L | Max | 24.0 | 335 |
| 293 | 4/29/2021 | Boron, total | 5.52 | mg/L | Max | 14.0 | 154 |
| 294 | 4/30/2021 | Boron, total | 4.12 | mg/L | Avg | 20.20 | 390 |
| 295 | 5/6/2021 | Boron, total | 5.52 | mg/L | Max | 18.0 | 226 |
| 296 | 5/13/2021 | Boron, total | 5.52 | mg/L | Max | 18.0 | 226 |
| 297 | 5/20/2021 | Boron, total | 5.52 | mg/L | Max | 18.0 | 226 |
| 298 | 5/27/2021 | Boron, total | 5.52 | mg/L | Max | 20.0 | 262 |
| 299 | 5/31/2021 | Boron, total | 4.12 | mg/L | Avg | 18.50 | 349 |

| 300 | 6/3/2021 | Boron, total | 5.52 | mg/L | Max | 16.0 | 190 |
| 301 | 6/10/2021 | Boron, total | 5.52 | mg/L | Max | 16.0 | 190 |
| 302 | 6/17/2021 | Boron, total | 5.52 | mg/L | Max | 16.0 | 190 |
| 303 | 6/24/2021 | Boron, total | 5.52 | mg/L | Max | 16.0 | 190 |
| 304 | 6/30/2021 | Boron, total | 4.12 | mg/L | Avg | 16.00 | 288 |
| 305 | 7/1/2021 | Boron, total | 5.52 | mg/L | Max | 9.8 | 78 |
| 306 | 7/8/2021 | Boron, total | 5.52 | mg/L | Max | 20.0 | 262 |
| 307 | 7/15/2021 | Boron, total | 5.52 | mg/L | Max | 13.0 | 136 |
| 308 | 7/22/2021 | Boron, total | 5.52 | mg/L | Max | 11.0 | 99 |
| 309 | 7/29/2021 | Boron, total | 5.52 | mg/L | Max | 14.0 | 154 |
| 310 | 7/31/2021 | Boron, total | 4.12 | mg/L | Avg | 13.56 | 229 |
| 311 | 8/5/2021 | Boron, total | 5.52 | mg/L | Max | 13.0 | 136 |
| 312 | 8/12/2021 | Boron, total | 5.52 | mg/L | Max | 11.0 | 99 |
| 313 | 8/19/2021 | Boron, total | 5.52 | mg/L | Max | 13.0 | 136 |
| 314 | 8/26/2021 | Boron, total | 5.52 | mg/L | Max | 17.0 | 208 |
| 315 | 8/31/2021 | Boron, total | 4.12 | mg/L | Avg | 13.50 | 228 |
| 316 | 9/2/2021 | Boron, total | 5.52 | mg/L | Max | 15.0 | 172 |
| 317 | 9/9/2021 | Boron, total | 5.52 | mg/L | Max | 19.0 | 244 |
| 318 | 9/17/2021 | Boron, total | 5.52 | mg/L | Max | 17.0 | 208 |
| 319 | 9/23/2021 | Boron, total | 5.52 | mg/L | Max | 20.0 | 262 |
| 320 | 9/30/2021 | Boron, total | 4.12 | mg/L | Avg | 17.80 | 332 |
| 321 | 9/30/2021 | Boron, total | 5.52 | mg/L | Max | 18.0 | 226 |
| 322 | 10/7/2021 | Boron, total | 5.52 | mg/L | Max | 19.0 | 244 |
| 323 | 10/14/2021 | Boron, total | 5.52 | mg/L | Max | 22.0 | 299 |
| 324 | 10/21/2021 | Boron, total | 5.52 | mg/L | Max | 20.0 | 262 |
| 325 | 10/28/2021 | Boron, total | 5.52 | mg/L | Max | 19.0 | 244 |
| 326 | 10/31/2021 | Boron, total | 4.12 | mg/L | Avg | 20.00 | 385 |
| 327 | 11/4/2021 | Boron, total | 5.52 | mg/L | Max | 25.0 | 353 |
| 328 | 11/11/2021 | Boron, total | 5.52 | mg/L | Max | 27.0 | 389 |
| 329 | 11/18/2021 | Boron, total | 5.52 | mg/L | Max | 16.0 | 190 |
| 330 | 11/23/2021 | Boron, total | 5.52 | mg/L | Max | 24.0 | 335 |
| 331 | 11/30/2021 | Boron, total | 4.12 | mg/L | Avg | 23.00 | 458 |
| 332 | 12/2/2021 | Boron, total | 5.52 | mg/L | Max | 24.0 | 335 |
| 333 | 12/9/2021 | Boron, total | 5.52 | mg/L | Max | 23.0 | 317 |
| 334 | 12/16/2021 | Boron, total | 5.52 | mg/L | Max | 24.0 | 335 |
| 335 | 12/23/2021 | Boron, total | 5.52 | mg/L | Max | 25.0 | 353 |
| 336 | 12/30/2021 | Boron, total | 5.52 | mg/L | Max | 25.0 | 353 |
| 337 | 12/31/2021 | Boron, total | 4.12 | mg/L | Avg | 24.20 | 487 |
| 338 | 1/6/2022 | Boron, total | 5.52 | mg/L | Max | 22.0 | 299 |
| 339 | 1/13/2022 | Boron, total | 5.52 | mg/L | Max | 25.0 | 353 |
| 340 | 1/20/2022 | Boron, total | 5.52 | mg/L | Max | 21.2 | 284 |

| 341 | 1/27/2022 | Boron, total | 5.52 | mg/L | Max | 24.0 | 335 |
| 342 | 1/31/2022 | Boron, total | 4.12 | mg/L | Avg | 23.05 | 459 |
| 343 | 2/3/2022 | Boron, total | 5.52 | mg/L | Max | 21.0 | 280 |
| 344 | 2/10/2022 | Boron, total | 5.52 | mg/L | Max | 21.0 | 280 |
| 345 | 2/17/2022 | Boron, total | 5.52 | mg/L | Max | 17.0 | 208 |
| 346 | 2/24/2022 | Boron, total | 5.52 | mg/L | Max | 18.0 | 226 |
| 347 | 2/28/2022 | Boron, total | 4.12 | mg/L | Avg | 19.25 | 367 |
| 348 | 3/3/2022 | Boron, total | 5.52 | mg/L | Max | 18.0 | 226 |
| 349 | 3/10/2022 | Boron, total | 5.52 | mg/L | Max | 20.0 | 262 |
| 350 | 3/17/2022 | Boron, total | 5.52 | mg/L | Max | 20.0 | 262 |
| 351 | 3/24/2022 | Boron, total | 5.52 | mg/L | Max | 22.0 | 299 |
| 352 | 3/31/2022 | Boron, total | 4.12 | mg/L | Avg | 20.40 | 395 |
| 353 | 3/31/2022 | Boron, total | 5.52 | mg/L | Max | 22.0 | 299 |
| 354 | 4/5/2022 | Boron, total | 5.52 | mg/L | Max | 23.0 | 317 |
| 355 | 4/14/2022 | Boron, total | 5.52 | mg/L | Max | 21.0 | 280 |
| 356 | 4/21/2022 | Boron, total | 5.52 | mg/L | Max | 21.0 | 280 |
| 357 | 4/28/2022 | Boron, total | 5.52 | mg/L | Max | 23.0 | 317 |
| 358 | 4/30/2022 | Boron, total | 4.12 | mg/L | Avg | 22.00 | 434 |
| 359 | 5/5/2022 | Boron, total | 5.52 | mg/L | Max | 21.0 | 280 |
| 360 | 5/12/2022 | Boron, total | 5.52 | mg/L | Max | 23.0 | 317 |
| 361 | 5/19/2022 | Boron, total | 5.52 | mg/L | Max | 24.0 | 335 |
| 362 | 5/26/2022 | Boron, total | 5.52 | mg/L | Max | 22.0 | 299 |
| 363 | 5/31/2022 | Boron, total | 4.12 | mg/L | Avg | 22.50 | 446 |
| 364 | 6/2/2022 | Boron, total | 5.52 | mg/L | Max | 21.0 | 280 |
| 365 | 6/9/2022 | Boron, total | 5.52 | mg/L | Max | 24.0 | 335 |
| 366 | 6/16/2022 | Boron, total | 5.52 | mg/L | Max | 29.0 | 425 |
| 367 | 6/23/2022 | Boron, total | 5.52 | mg/L | Max | 21.0 | 280 |
| 368 | 6/30/2022 | Boron, total | 4.12 | mg/L | Avg | 23.40 | 468 |
| 369 | 6/30/2022 | Boron, total | 5.52 | mg/L | Max | 22.0 | 299 |
| 370 | 7/7/2022 | Boron, total | 5.52 | mg/L | Max | 21.0 | 280 |
| 371 | 7/14/2022 | Boron, total | 5.52 | mg/L | Max | 20.0 | 262 |
| 372 | 7/21/2022 | Boron, total | 5.52 | mg/L | Max | 17.0 | 208 |
| 373 | 7/28/2022 | Boron, total | 5.52 | mg/L | Max | 18.0 | 226 |
| 374 | 7/31/2022 | Boron, total | 4.12 | mg/L | Avg | 19.00 | 361 |
| 375 | 8/4/2022 | Boron, total | 5.52 | mg/L | Max | 16.0 | 190 |
| 376 | 8/11/2022 | Boron, total | 5.52 | mg/L | Max | 18.0 | 226 |
| 377 | 8/18/2022 | Boron, total | 5.52 | mg/L | Max | 18.0 | 226 |
| 378 | 8/25/2022 | Boron, total | 5.52 | mg/L | Max | 16.0 | 190 |
| 379 | 8/31/2022 | Boron, total | 4.12 | mg/L | Avg | 17.00 | 313 |
| 380 | 9/1/2022 | Boron, total | 5.52 | mg/L | Max | 21.0 | 280 |
| 381 | 9/8/2022 | Boron, total | 5.52 | mg/L | Max | 25.0 | 353 |

| 382 | 9/15/2022 | Boron, total | 5.52 | mg/L | Max | 19.0 | 244 |
| 383 | 9/22/2022 | Boron, total | 5.52 | mg/L | Max | 22.0 | 299 |
| 384 | 9/29/2022 | Boron, total | 5.52 | mg/L | Max | 24.0 | 335 |
| 385 | 9/30/2022 | Boron, total | 4.12 | mg/L | Avg | 22.20 | 439 |
| 386 | 10/6/2022 | Boron, total | 5.52 | mg/L | Max | 22.0 | 299 |
| 387 | 10/13/2022 | Boron, total | 5.52 | mg/L | Max | 24.0 | 335 |
| 388 | 10/20/2022 | Boron, total | 5.52 | mg/L | Max | 8.8 | 59 |
| 389 | 10/27/2022 | Boron, total | 5.52 | mg/L | Max | 21.0 | 280 |
| 390 | 10/31/2022 | Boron, total | 4.12 | mg/L | Avg | 18.95 | 360 |
| 391 | 11/3/2022 | Boron, total | 5.52 | mg/L | Max | 14.0 | 154 |
| 392 | 11/17/2022 | Boron, total | 5.52 | mg/L | Max | 14.0 | 154 |
| 393 | 11/22/2022 | Boron, total | 5.52 | mg/L | Max | 15.0 | 172 |
| 394 | 11/30/2022 | Boron, total | 4.12 | mg/L | Avg | 11.63 | 182 |
| 395 | 12/1/2022 | Boron, total | 5.52 | mg/L | Max | 15.0 | 172 |
| 396 | 12/8/2022 | Boron, total | 5.52 | mg/L | Max | 16.0 | 190 |
| 397 | 12/15/2022 | Boron, total | 5.52 | mg/L | Max | 20.0 | 262 |
| 398 | 12/22/2022 | Boron, total | 5.52 | mg/L | Max | 21.0 | 280 |
| 399 | 12/29/2022 | Boron, total | 5.52 | mg/L | Max | 22.0 | 299 |
| 400 | 12/31/2022 | Boron, total | 4.12 | mg/L | Avg | 18.80 | 356 |
| 401 | 1/5/2023 | Boron, total | 5.52 | mg/L | Max | 22.0 | 299 |
| 402 | 1/12/2023 | Boron, total | 5.52 | mg/L | Max | 21.0 | 280 |
| 403 | 1/19/2023 | Boron, total | 5.52 | mg/L | Max | 23.0 | 317 |
| 404 | 1/26/2023 | Boron, total | 5.52 | mg/L | Max | 26.0 | 371 |
| 405 | 1/31/2023 | Boron, total | 4.12 | mg/L | Avg | 23.00 | 458 |
| 406 | 2/2/2023 | Boron, total | 5.52 | mg/L | Max | 25.0 | 353 |
| 407 | 2/9/2023 | Boron, total | 5.52 | mg/L | Max | 24.0 | 335 |
| 408 | 2/16/2023 | Boron, total | 5.52 | mg/L | Max | 24.0 | 335 |
| 409 | 2/23/2023 | Boron, total | 5.52 | mg/L | Max | 25.0 | 353 |
| 410 | 2/28/2023 | Boron, total | 4.12 | mg/L | Avg | 24.50 | 495 |
| 411 | 3/2/2023 | Boron, total | 5.52 | mg/L | Max | 20.0 | 262 |
| 412 | 3/9/2023 | Boron, total | 5.52 | mg/L | Max | 21.0 | 280 |
| 413 | 3/16/2023 | Boron, total | 5.52 | mg/L | Max | 24.0 | 335 |
| 414 | 3/23/2023 | Boron, total | 5.52 | mg/L | Max | 19.0 | 244 |
| 415 | 3/28/2023 | Boron, total | 5.52 | mg/L | Max | 18.0 | 226 |
| 416 | 3/31/2023 | Boron, total | 4.12 | mg/L | Avg | 20.40 | 395 |
| 417 | 4/30/2023 | Boron, total | 4.12 | mg/L | Avg | 11.72 | 184 |
| 418 | 4/6/2023 | Boron, total | 5.52 | mg/L | Max | 13.0 | 136 |
| 419 | 4/13/2023 | Boron, total | 5.52 | mg/L | Max | 31.0 | 462 |

3.     In August 2020, Defendant entered into a Consent Order and Agreement (COA) with the Pennsylvania Department of Environmental Protection (PADEP) and agreed to pay a civil penalty of $31,300 for past exceedances of its NPDES Permit No. PA0046680.  Those exceedances included 100 exceedances of effluent limitations for ammonia-nitrogen, a-Terpineol, total boron, fecal coliform, osmotic pressure, p-Cresol, and total suspended solids that occurred between April 2018 and June 2020 and are listed in Exhibit 1 of the COA.  Of the exceedances that occurred between July 2019 and June 2020, twenty-three were exceedances of the effluent limitations for total osmotic pressure and eighteen were exceedances of the effluent limitations for total boron.

4.     Those forty-one exceedances for total osmotic pressure and total boron are listed below:

| Month | Parameter | Limit | Units | Type | DMR value | % Over |
|---|---|---|---|---|---|---|
| 7/31/2019 | Osmotic pressure, total | 129 | mOsm/kg | Avg | <129.5 | 0 |
| 9/30/2019 | Osmotic pressure, total | 129 | mOsm/kg | Avg | 191 | 48 |
| 10/31/2019 | Osmotic pressure, total | 129 | mOsm/kg | Avg | 307 | 138 |
| 11/30/2019 | Osmotic pressure, total | 129 | mOsm/kg | Avg | 151 | 17 |
| 12/31/2019 | Osmotic pressure, total | 129 | mOsm/kg | Avg | 136.5 | 6 |
| 1/31/2020 | Osmotic pressure, total | 129 | mOsm/kg | Avg | 254.5 | 97 |
| 2/29/2020 | Osmotic pressure, total | 129 | mOsm/kg | Avg | 161 | 25 |
| 3/31/2020 | Osmotic pressure, total | 129 | mOsm/kg | Avg | 289 | 124 |
| 4/30/2020 | Osmotic pressure, total | 129 | mOsm/kg | Avg | 246 | 91 |
| 5/31/2020 | Osmotic pressure, total | 129 | mOsm/kg | Avg | 230 | 78 |
| 6/30/2020 | Osmotic pressure, total | 129 | mOsm/kg | Avg | 301 | 133 |
| 7/2/2019 | Osmotic pressure, total | 183 | mOsm/kg | Max | 249 | 36 |
| 8/1/2019 | Osmotic pressure, total | 183 | mOsm/kg | Max | 237 | 30 |
| 9/5/2019 | Osmotic pressure, total | 183 | mOsm/kg | Max | 255 | 39 |
| 10/10/2019 | Osmotic pressure, total | 183 | mOsm/kg | Max | 332 | 81 |
| 11/14/2019 | Osmotic pressure, total | 183 | mOsm/kg | Max | 290 | 58 |
| 12/5/2019 | Osmotic pressure, total | 183 | mOsm/kg | Max | 262 | 43 |

| 1/9/2020 | Osmotic pressure, total | 183 | mOsm/kg | Max | 282 | 54 |
|---|---|---|---|---|---|---|
| 2/13/2020 | Osmotic pressure, total | 183 | mOsm/kg | Max | 308 | 68 |
| 3/12/2020 | Osmotic pressure, total | 183 | mOsm/kg | Max | 368 | 101 |
| 4/9/2020 | Osmotic pressure, total | 183 | mOsm/kg | Max | 262 | 43 |
| 5/7/2020 | Osmotic pressure, total | 183 | mOsm/kg | Max | 241 | 32 |
| 6/11/2020 | Osmotic pressure, total | 183 | mOsm/kg | Max | 313 | 71 |
| 2/29/2020 | Boron, total | 4.12 | mg/L | Avg | 15.68 | 281 |
| 2/29/2020 | Boron, total | 17.2 | lb/d | Avg | 23.4 | 36 |
| 3/31/2020 | Boron, total | 4.12 | mg/L | Avg | 13.88 | 237 |
| 4/30/2020 | Boron, total | 17.2 | lb/d | Avg | 20.80 | 21 |
| 4/30/2020 | Boron, total | 4.12 | mg/L | Avg | 15.42 | 274 |
| 5/31/2020 | Boron, total | 17.2 | lb/d | Avg | 20.20 | 17 |
| 5/31/2020 | Boron, total | 4.12 | mg/L | Avg | 18.88 | 358 |
| 6/30/2020 | Boron, total | 4.12 | mg/L | Avg | 7.25 | 76 |
| 2/6/2020 | Boron, total | 5.52 | mg/L | Max | 18.6 | 237 |
| 2/27/2020 | Boron, total | 23 | lb/d | Max | 26.9 | 17 |
| 3/26/2020 | Boron, total | 23 | lb/d | Max | 23.1 | 0 |
| 3/26/2020 | Boron, total | 5.52 | mg/L | Max | 15.0 | 172 |
| 4/9/2020 | Boron, total | 23 | lb/d | Max | 36.0 | 57 |
| 4/23/2020 | Boron, total | 5.52 | mg/L | Max | 22.0 | 299 |
| 5/7/2020 | Boron, total | 5.52 | mg/L | Max | 21.5 | 289 |
| 5/28/2020 | Boron, total | 23 | lb/d | Max | 29.8 | 30 |
| 6/4/2020 | Boron, total | 23 | lb/d | Max | 23.9 | 4 |
| 6/4/2020 | Boron, total | 5.52 | mg/L | Max | 17.5 | 217 |

5.      In Exhibit 2 of the COA, PADEP imposed stipulated penalties for permit exceedances that occurred after June 2020.  PADEP scaled the penalty amounts for exceedances of effluent limitations for total osmotic pressure and total boron to the magnitude of the exceedance, as set forth in the following table:

| Monthly Average Exceedances | |
|---|---|
| *Percent over permit limits* | |
| 0-33 % | $250.00 |
| 33.1-67 % | $300.00 |

| | |
|---|---|
| 67.1-100 % | $350.00 |
| >100 % | $400.00 |
| **Daily Maximum Exceedances** | |
| *Percent over permit limits* | |
| 0-33 % | $125.00 |
| 33.1-67 % | $150.00 |
| 67.1-100 % | $175.00 |
| >100 % | $200.00 |

6.     Defendant has paid a total of $77,800.00 to PADEP for the exceedances of the effluent limitations for total osmotic pressure and total boron listed in paragraph 2 above from July 2020 through April 2023, as detailed in the following table:

| Month | Avg 0-33% $250 | Avg 33.1-67% $300 | Avg 67.1-100% $350 | Avg >100% $400 | Max 0-33% $125 | Max 33.1-67% $150 | Max 67.1-100% $175 | Max >100% $200 | Month Subtotal |
|---|---|---|---|---|---|---|---|---|---|
| Jul-20 | 1 | | | 2 | 1 | 3 | | 4 | $2,425 |
| Aug-20 | | 1 | | 1 | 1 | | 1 | 3 | $1,600 |
| Sep-20 | 1 | | | 1 | | 1 | 1 | 3 | $1,575 |
| Oct-20 | 1 | 1 | | 1 | 2 | 2 | 1 | 4 | $2,475 |
| Nov-20 | 1 | 1 | | 1 | 1 | 2 | | 3 | $1,975 |
| Dec-20 | 2 | | | 1 | 1 | 1 | | 5 | $2,175 |
| Jan-21 | | 1 | 1 | 1 | 3 | 1 | | 4 | $2,375 |
| Feb-21 | 1 | | 1 | 1 | 3 | 2 | | 4 | $2,475 |
| Mar-21 | 1 | | | 1 | 1 | 2 | | 3 | $1,675 |
| Apr-21 | | 1 | | 1 | 1 | 1 | | 5 | $1,975 |
| May-21 | 1 | 1 | | 1 | 1 | | | 4 | $1,875 |
| Jun-21 | 1 | | | 2 | | | 2 | 4 | $2,200 |
| Jul-21 | | | | 1 | | | 2 | 3 | $1,350 |
| Aug-21 | | 1 | | 1 | | 1 | 1 | 3 | $1,625 |
| Sep-21 | | | | 2 | | 1 | 1 | 5 | $2,125 |
| Oct-21 | 1 | | | 2 | 2 | | 1 | 4 | $2,275 |
| Nov-21 | 1 | | | 2 | 3 | 1 | 1 | 4 | $2,550 |
| Dec-21 | | | 1 | 2 | 1 | 3 | 2 | 5 | $3,075 |
| Jan-22 | | | 1 | 2 | 3 | 2 | 1 | 4 | $2,800 |
| Feb-22 | | 1 | | 2 | 1 | 2 | 1 | 4 | $2,500 |

| Mar-22 | 1 | | 1 | 1 | 2 | 3 | | 5 | $2,700 |
|---|---|---|---|---|---|---|---|---|---|
| Apr-22 | | 1 | 1 | 1 | 1 | 4 | | 4 | $2,575 |
| May-22 | | | 1 | 2 | 1 | 2 | 2 | 4 | $2,725 |
| Jun-22 | | | 1 | 2 | 1 | 3 | 1 | 6 | $3,100 |
| Jul-22 | 1 | 1 | | 1 | 1 | 1 | | 4 | $2,025 |
| Aug-22 | 1 | | | 2 | | 2 | | 4 | $2,150 |
| Sep-22 | | 2 | | 1 | 2 | 2 | | 5 | $2,550 |
| Oct-22 | | 1 | | 2 | 2 | 3 | 1 | 3 | $2,575 |
| Nov-22 | 1 | | | 1 | | 1 | | 3 | $1,400 |
| Dec-22 | | 1 | | 2 | 2 | 2 | | 6 | $2,850 |
| Jan-23 | | | 1 | 2 | 1 | 5 | | 4 | $2,825 |
| Feb-23 | | 1 | 1 | 1 | 1 | 2 | 1 | 4 | $2,450 |
| Mar-23 | | 1 | | 2 | 3 | 4 | | 5 | $3,075 |
| Apr-23 | | | | 2 | | 1 | 2 | 2 | $1,700 |
| **Totals** | **16** | **16** | **10** | **50** | **42** | **60** | **22** | **137** | **$77,800** |

So Agreed.

　　　　　　　　　　s/James M. Hecker
　　　　　　　　　　James M. Hecker (special admission)
　　　　　　　　　　Public Justice
　　　　　　　　　　1620 L Street, N.W. Suite 630
　　　　　　　　　　Washington, DC 20036
　　　　　　　　　　(202) 797-8600 ext. 225
　　　　　　　　　　jhecker@publicjustice.net

　　　　　　　　　　Stephen G. Harvey
　　　　　　　　　　Steve Harvey Law LLC
　　　　　　　　　　1880 John F. Kennedy Blvd.
　　　　　　　　　　Suite 1715
　　　　　　　　　　Philadelphia, PA 19103
　　　　　　　　　　(215) 438-6600
　　　　　　　　　　steve@steveharveylaw.com

　　　　　　　　　　Attorneys for Plaintiff

　　　　　　　　　　/s/ Leigh Bausinger
　　　　　　　　　　P. Leigh Bausinger (*pro hac vice*)
　　　　　　　　　　Bonnie A. Barnett
　　　　　　　　　　Antoinette M. Snodgrass (*pro hac vice*)
　　　　　　　　　　Faegre Drinker Biddle & Reath LLP
　　　　　　　　　　One Logan Square, Suite 2000

Philadelphia, PA 19103
Telephone: (215) 988-2700
Fax: (215) 988-2757
bonnie.barnett@faegredrinker.com
leigh.bausinger@faegredrinker.com
antoinette.snodgrass@faegredrinker.com

Attorneys for Defendant