UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LOWER SUSQUEHANNA RIVERKEEPER,<br><br>　　Plaintiff,<br><br>　　v.<br><br>REPUBLIC SERVICES OF PENNSYLVANIA, LLC,<br><br>　　Defendant. | CASE NO. 1:23-cv-00044<br>JUDGE JENNIFER P. WILSON |

**FILED**
HARRISBURG, PA
JAN 19 2024
PER _____
DEPUTY CLERK

**PLAINTIFF'S MOTION TO FILE
DOCUMENT UNDER SEAL**

Per Local Rule of Civil Procedure 49, and for the reasons set forth in the accompanying statement of the legal and factual justification for the sealing order that is being sought, Plaintiff requests that the Court order that the accompanying document be filed under seal.

　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　/s/ Stephen G. Harvey
　　　　　　　　　　　　　　　Stephen G. Harvey
　　　　　　　　　　　　　　　Steve Harvey Law LLC
　　　　　　　　　　　　　　　1880 John F. Kennedy Blvd.
　　　　　　　　　　　　　　　Suite 1715
　　　　　　　　　　　　　　　Philadelphia, PA 19103
　　　　　　　　　　　　　　　steve@steveharveylaw.com

　　　　　　　　　　　　　　　James M. Hecker
　　　　　　　　　　　　　　　Public Justice
　　　　　　　　　　　　　　　1620 1 Street, SW Suite 630
　　　　　　　　　　　　　　　Washington, DC 20036
　　　　　　　　　　　　　　　jhecker@publicjustice.net

　　　　　　　　　　　　　　　*Counsel for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

LOWER SUSQUEHANNA
RIVERKEEPER ASSOCIATION,

    Plaintiff,

v.                                  Civil Action No. 23-00044-JPW

REPUBLIC SERVICES OF
PENNSYLVANIA LLC,

    Defendant.

## CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2024, I caused a true and correct copy of the foregoing documents to be filed electronically using the Court's Electronic Case Filing System, and that a true and correct copy of the foregoing documents was served via email and ECF on all counsel of record.

                                                  /s/ Stephen G. Harvey
                                                  Stephen G. Harvey

# Steve Harvey Law LLC

Stephen G. Harvey
Attorney at Law
steve@steveharveylaw.com

January 18, 2024

**Via Federal Express**

Clerk of Court
Sylvia H. Rambo United States Courthouse
1501 North 6th Street
Harrisburg, PA 17102

    Re:    Lower Susquehanna Riverkeeper Ass'n v. Republic Services of Pennsylvania, LLC
             No. 23-00044

Dear Sirs or Madams:

    Enclosed please find Plaintiff's Motion to File Document Under Seal in the above-referenced action along with attached document, Statement of Legal and Factual Justification for Requested Sealing Order, and proposed order. Please accept this motion per LR 5.8 and LCrR 49.

                              Respectfully,

                              Stephen G. Harvey

cc:    All Counsel of Record

1880 John F. Kennedy Boulevard, Suite 1715, Philadelphia, PA 19103
office | 215.438.6600    fax | 215.438.6666    www.steveharveylaw.com