## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
## AT HARRISBURG

| | |
|---|---|
| LOWER SUSQUEHANNA RIVERKEEPER ASSOCIATION,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>REPUBLIC SERVICES OF PENNSYLVANIA, LLC,<br><br>　　　　　Defendant. | Civil Action No. 1:23-CV-00044-JPW |

**STIPULATED DISMISSAL OF PLAINTIFF'S CLAIMS RELATED TO PFAS**

Plaintiff Lower Susquehanna Riverkeeper Association ("Plaintiff") by and through its counsel hereby voluntarily dismisses its claims related to per- and polyfluoroalkyl substances ("PFAS") and all allegations related to unpermitted discharges of same with prejudice. Defendant Republic Services of Pennsylvania, LLC, (collectively with Plaintiff, "Parties") agrees with this dismissal.

WHEREAS, Plaintiff agrees to voluntarily dismiss with prejudice all claims and allegations related to PFAS, including withdrawing the following allegations in the Complaint (ECF No. 1): ¶¶ 24, 25, 26, and 30 in their entirety, as well as ¶¶ 32, 33, 34 as they relate to PFAS and unpermitted discharges of same.

WHEREAS, Plaintiff further voluntarily dismisses with prejudice all requests for relief from the Complaint (ECF No. 1 at page 7, ¶¶ 1-6) as related to PFAS and unpermitted discharges of same.

WHEREAS, Plaintiff accordingly withdraws Section IV of its Motion for Partial Summary Judgment (ECF No. 39 at pages 14-15).

WHEREFORE, the Parties agree that the above will be dismissed with prejudice and without costs.

Dated: July 22, 2024

So stipulated,

/s/ **Steve Harvey**
Steve Harvey
Steve Harvey Law LLC
1880 John F. Kennedy Blvd., Ste 1715
Philadelphia, PA 19103
Telephone:  215.438.6600
Email:  steve@steveharveylaw.com
Jim Hecker (*pro hac vice*)
Public Justice
1620 L Street NW, Suite 630,
Washington, DC 20036
Telephone: (202) 861-5225
Email:  jhecker@publicjustice.net

*Attorneys for Plaintiff*
*Lower Susquehanna Riverkeeper Association*

/s/ **P. Leigh Bausinger**
Bonnie A. Barnett
P. Leigh Bausinger (*pro hac vice*)
Antoinette M. Snodgrass (*pro hac vice*)
FAEGRE DRINKER BIDDLE & REATH LLP
One Logan Square, Suite 2000
Philadelphia, PA 19103
Telephone:  (215) 988-2700
Fax:  (215) 988-2757
Email: bonnie.barnett@faegredrinker.com
Email: leigh.bausinger@faegredrinker.com
Email: antoinette.snodgrass@faegredrinker.com

*Attorneys for Defendant*
*Republic Services of Pennsylvania, LLC*

It is **SO ORDERED** that Plaintiff's Claims and Allegations related to PFAS as outlined in the Stipulated Dismissal are dismissed **WITH PREJUDICE** and without costs.

Dated: _____

_____
Jennifer P. Wilson, J.
United States District Court
Middle District of Pennsylvania

## CERTIFICATE OF SERVICE

      I hereby certify that on July 22, 2024, a copy of the foregoing Stipulated Dismissal was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

Dated: July 22, 2024　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*/s/* **P. Leigh Bausinger**
　　　　　　　　　　　　　　　　　　　　P. Leigh Bausinger