

*faegredrinker.com*

**Leigh Bausinger**
leigh.bausinger@faegredrinker.com
+1 215 988 2725 direct

**Faegre Drinker Biddle & Reath LLP**
One Logan Square, Suite 2000
Philadelphia, Pennsylvania  19103
+1 215 988 2700 main
+1 215 988 2757 fax

July 31, 2024

**VIA ECF**

Honorable Jennifer P. Wilson
United States District Court
Middle District of Pennsylvania
228 Walnut Street
Harrisburg, PA 17101

Re:  Lower Susquehanna Riverkeeper Association v. Republic Services of Pennsylvania, LLC (MDPA), Case No. 1:23-cv-00044

Dear Judge Wilson:

On behalf of Defendant Republic Services of Pennsylvania, LLC ("Republic") in the above-referenced matter and pursuant to Local Rule 7.9, I write to respectfully request oral argument on Plaintiff's Motion for Partial Summary Judgment, and the response and reply thereto. For purposes of scheduling and judicial economy, please be advised that Defendant will also be filing a Motion for Partial Summary Judgment on these issues and other issues in the case prior to the deadline for summary judgment in this case of September 15, 2024 (See ECF No. 31), and will be seeking oral argument on its motion as well.

Thank you for your attention to this matter.

Very truly yours,

*/s/ Leigh Bausinger*

Leigh Bausinger
Partner


cc: James M. Hecker, Esq. (via ECF)
Steve Harvey, Esq. (via ECF)
Antoinette M. Snodgrass, Esq. (via ECF)

DMS_US.365229393.1