IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
AT HARRISBURG

| | |
|---|---|
| LOWER SUSQUEHANNA RIVERKEEPER ASSOCIATION,<br><br>    Plaintiff,<br><br>v.<br><br>REPUBLIC SERVICES OF PENNSYLVANIA, LLC,<br><br>    Defendant. | Civil Action No. 1:23-CV-00044-JPW |

**MOTION *IN LIMINE*
OF REPUBLIC SERVICES OF PENNSYLVANIA, LLC
TO EXCLUDE PRE-JULY 2019 OSMOTIC PRESSURE VIOLATIONS**

Defendant Republic Services of Pennsylvania, LLC ("Republic") moves to exclude evidence and testimony related to pre-July 2019 osmotic pressure effluent violations at trial. The reasons in support are fully set forth in the accompanying Memorandum of Law, which is incorporated herein.

WHEREFORE, Republic respectfully requests that the Court grant its motion and enter an Order precluding evidence and testimony related to the pre-July 2019 osmotic pressure effluent violations.

Dated: September 4, 2024					Respectfully Submitted,

<u>/s/ P. Leigh Bausinger</u>
Bonnie A. Barnett
P. Leigh Bausinger (*pro hac vice*)
Antoinette M. Snodgrass (*pro hac vice*)
FAEGRE DRINKER BIDDLE & REATH LLP
One Logan Square, Suite 2000
Philadelphia, PA 19103
Telephone: (215) 988-2700
Fax: (215) 988-2757
Email: bonnie.barnett@faegredrinker.com
Email: leigh.bausinger@faegredrinker.com
Email: antoinette.snodgrass@faegredrinker.com

*Attorneys for Defendant*
*Republic Services of Pennsylvania, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this date I caused to be served upon Plaintiff the foregoing Motion *in Limine* of Republic Services of Pennsylvania, LLC to Exclude pre-July 2019 osmotic pressure effluent violations by causing it to be electronically filed and sending it via electronic mail to Plaintiff's attorneys:

Stephen G. Harvey
Michael E. Gehring
E. Kelly Conway
Steve Harvey Law LLC
1880 John F. Kennedy Blvd.
Suite 1715
Philadelphia, PA 19103
steve@steveharveylaw.com

James M. Hecker
Public Justice
1620 L. Street, N.W. Suite 630
Washington, D.C. 20036
jhecker@publicjustice.net

*Attorneys for Plaintiff*
*Lower Susquehanna Riverkeeper Association*

Dated: September 4, 2024

Respectfully Submitted,
*/s/ P. Leigh Bausinger*

*Attorneys for Defendant*
*Republic Services of Pennsylvania, LLC*