IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LOWER SUSQUEHANNA RIVERKEEPER ASSOCIATION, | : Civil No. 1:23-CV-00044 |
| Plaintiff, | : |
| v. | : |
| REPUBLIC SERVICES OF PENNSYLVANIA LLC, | : |
| Defendant. | : Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 31st day of March, 2025, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT** Defendant's motion for summary judgment, Doc. 56, is **DENIED**.  **IT IS FURTHER ORDERED THAT** Plaintiff's motion for summary judgment, Doc. 38, is **GRANTED IN PART AND DENIED IN PART**.

Plaintiff's motion is **GRANTED** with respect to the issues of standing, statutory preclusion, and Defendant's liability for 419 violations of the Clean Water Act that occurred between July 2019 and April 2023.

Plaintiff's motion is **DENIED** with respect to Defendant's liability for 30 alleged violations of the Clean Water Act that purportedly occurred between October 2017 and June 2019.

**IT IS FURTHER ORDERED THAT** a telephone status conference to discuss future proceedings in this matter is **SCHEDULED** for **May 21, 2025, at 2:00 p.m.**[1]

                                                s/Jennifer P. Wilson
                                                JENNIFER P. WILSON
                                                United States District Judge
                                                Middle District of Pennsylvania

---

[1] The parties shall call-in to the conference calling number 717-638-8977, using the phone conference ID 432 592 125#.