**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| LOWER SUSQUEHANNA RIVERKEEPER ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>REPUBLIC SERVICES OF PENNSYLVANIA, LLC,<br><br>Defendant. | Civil Action No. 1:23-CV-00044-JPW |

**STIPULATION OF PRECLUSION OF CERTAIN EXPERT EVIDENCE AT TRIAL**

Plaintiff Lower Susquehanna Riverkeeper Association ("Plaintiff") by and through its counsel herby voluntarily stipulates that all evidence and testimony of Plaintiff's expert witness on economic benefit, Jonathan S. Shefftz, related to exceedances of pre-July 2019 osmotic pressure effluent limits are excluded for use at trial for the purpose of calculating an economic benefit, if any, to Defendant Republic Services of Pennsylvania, LLC ("Defendant" and collectively with Plaintiff, the "Parties"). Defendant agrees with this Stipulation.

WHEREFORE, the Parties agree to the form and entry of this Stipulation.

**[SIGNATURES ON SUBSEQUENT PAGE]**

**STEVE HARVEY LAW LLC**

*/s/ Jim Hecker*_______________
Steve Harvey
305 Blandwood Avenue
1880 John F. Kennedy Blvd., Ste 1715
Philadelphia, PA 19103
Telephone: 215.438.6600
steve@steveharveylaw.com
Jim Hecker (*pro hac vice*)
Public Justice
1620 L Street NW, Suite 630,
Washington, DC 20036
Telephone: (202) 861-5225
jhecker@publicjustice.net

*Attorney for Plaintiff*
*Lower Susquehanna Riverkeeper Association*

Dated: January 9, 2026

**FAEGRE DRINKER BIDDLE & REATH LLP**

*/s/ Leigh Bausinger*__________________
Bonnie A. Barnett
P. Leigh Bausinger (*pro hac vice*)
One Logan Square, Suite 2000
Philadelphia, PA 19103
Telephone: (215) 988-2700
bonnie.barnett@faegredrinker.com
leigh.bausinger@faegredrinker.com

*Attorneys for Defendant*
*Republic Services of Pennsylvania, LLC*

Dated: January 9, 2026

It is **SO ORDERED** that all evidence and testimony of Plaintiff's expert witness on economic benefit, Jonathan S. Shefftz, related to exceedances of pre-July 2019 osmotic pressure effluent limits are excluded for use at trial for the purpose of calculating an economic benefit, if any, to Defendant.

Dated: 1/13/2026

s/ Jennifer P. Wilson
Jennifer P. Wilson
United States District Court
Middle District of Pennsylvania