**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| LOWER SUSQUEHANNA RIVERKEEPER ASSOCIATION, | : | Civil No. 1:23-CV-00044 |
| Plaintiff, | : | |
| v. | : | |
| REPUBLIC SERVICES OF PENNSYLVANIA LLC, | : | |
| Defendant. | : | Judge Jennifer P. Wilson |

**ORDER**

**AND NOW**, on this 10th day of February, 2026, upon review of Plaintiff's request for judicial notice, Doc. 93, and recognizing that said request may be relevant to resolving two of Defendant's motions in limine, Docs. 87 & 89, **IT IS ORDERED THAT** to the extent it was not already planning to do so, Defendant shall include a response to Plaintiff's request for judicial notice, in its reply brief due February 16, 2026. (*See* Doc. 81.)

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania