# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LOWER SUSQUEHANNA RIVERKEEPER ASSOCIATION, | : | Civil No. 1:23-CV-00044 |
| Plaintiff, | : | |
| v. | : | |
| REPUBLIC SERVICES OF PENNSYLVANIA LLC, | : | |
| Defendant. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 19th day of February, 2026, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED AS FOLLOWS**:

1. Defendant's first motion in limine, Doc. 76, is **DENIED WITHOUT PREJUDICE**.

2. Ruling is deferred on Defendant's second motion in limine, Doc. 87, until the final pretrial conference.

3. Defendant's third motion in limine, Doc. 89, is **DENIED WITH PREJUDICE**.

4. Plaintiff's request for judicial notice, Doc. 93, is **DENIED WITHOUT PREJUDICE**.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania