**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| LOWER SUSQUEHANNA RIVERKEEPER ASSOCIATION, | : | Civil No. 1:23-CV-00044 |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| REPUBLIC SERVICES OF PENNSYLVANIA LLC, | : | |
| | : | |
| Defendant. | : | Judge Jennifer P. Wilson |

**ORDER**

**AND NOW**, on this 27th day of July, 2026, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED AS FOLLOWS**:

1.  The court **DECLARES** that Defendants violated the Clean Water Act between July 2019 and April 2023.

2.  As a consequence of its unlawful conduct, Defendant shall pay a civil penalty in the amount of $9,200,000 to the United States Treasury pursuant to 33 U.S.C. § 1319(d).

3.  **Within 30 days of this order**, Defendant shall pay this civil penalty and serve confirmation that it has done so upon Plaintiff.

4.  If Plaintiff seeks to recover its attorneys' fees and other costs pursuant to 33 U.S.C. § 1365(d), it may file a such a motion **within 21 days of this order**.

1

5. The Clerk of Court shall enter judgment in accordance with this order.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania
