AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Pennsylvania

Lower Susquehanna Riverkeeper Association
*Plaintiff*
v.
Republic Services of Pennsylvania LLC
*Defendant*

Civil Action No. 1:23-cv-00044

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❒ the plaintiff *(name)* __________ recover from the defendant *(name)* __________ the amount of __________ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❒ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* __________ recover costs from the plaintiff *(name)* __________ .

☑ other: Defendant shall pay a civil penalty in the amount of $9,200,000 to the United States Treasury pursuant to 33 U.S.C. § 1319(d)
.

This action was *(check one)*:

❒ tried by a jury with Judge __________ presiding, and the jury has rendered a verdict.

☑ tried by Judge Jennifer P. Wilson without a jury and the above decision was reached.

❒ decided by Judge __________ on a motion for
.

Date: 07/27/2026

*CLERK OF COURT*

s/ K. Toth, Deputy Clerk
*Signature of Clerk or Deputy Clerk*