**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **LOWER SUSQUEHANNA RIVERKEEPER ASSOCIATION,** | : | Civil No. 1:23-CV-00044 |
| | : | |
| | : | Judge Wilson |
| Plaintiff, | : | |
| *vs.* | : | Electronically filed |
| | : | |
| **REPUBLIC SERVICES OF PENNSYLVANIA, LLC,** | : | |
| | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF APPEAL

Defendant Republic Services of Pennsylvania, LLC, appeals to the United States Court of Appeals for the Third Circuit from the judgment of the district court dated July 27, 2026, and from all previous orders in this case.

August 11, 2026

Respectfully submitted,

**K&L GATES LLP**

/s/ David R. Fine
David R. Fine
PA66742
17 North Second St. 18th Fl.
Harrisburg, PA 17101
(717) 231-5820
david.fine@klgates.com
*Counsel for Defendant Republic Services of Pennsylvania, LLC*

1614654277.1

## CERTIFICATE OF SERVICE

I certify that, on August 11, 2026, I filed the attached notice of appeal with the Court's CM/ECF system such that all parties and the district court will receive notice automatically.

/s/ David R. Fine