# EXHIBIT A

# SUPERSEDEAS BOND

Bond No. 30258182

IN THE United States District Court for the Middle District of Pennsylvania

Plaintiff (s)
Lower Susquehanna Riverkeeper Association
vs
Republic Services of Pennsylvania, LLC
Defendant (s)

CASE NO. 1:23-CV-00044 (M.D. Pa.)

KNOW ALL MEN BY THESE PRESENTS, That we, Republic Services of Pennsylvania, LLC as Principal, and Western Surety Company, a South Dakota corporation, as Surety are held and firmly bound unto The Treasury of the United States of America in the amount of Eleven Million Forty Thousand and 00/100 Dollars ($ 11,040,000.00-- ) for the payment of which, well and truly to be made, we bind ourselves, our successors and assigns, jointly and severally, firmly by these presents.

WHEREAS, the said Republic Services of Pennsylvania, LLC has petitioned the United States Court of Appeals for the Third Circuit for an appeal to said court of an action previously decided in the U.S. District Court for the Middle District of Pennsylvania court, wherein the said Republic Services of Pennsylvania, LLC is Defendant, and being numbered 1:23-CV-00044 on the docket thereof; for civil penalty to the Treasury of the United States of America.

NOW THEREFORE, the condition of this obligation is such that if the said Republic Services of Pennsylvania, LLC shall pay all costs, disbursements and judgements incurred by reason of the said appeal proceeding, then this obligation shall be null and void and released, otherwise to remain in full force and effect, provided however, the maximum liability of the surety shall not exceed the penal sum of Eleven Million Forty Thousand and 00/100 Dollars ($ 11,040,000.00-- ).

IN WITNESS WHEREOF, Republic Services of Pennsylvania, LLC, as Principal and Western Surety Company, as Surety, have hereunto set our hands this 10th day of August, 2026.

ATTEST/WITNESS

By: [signature]

Republic Services of Pennsylvania, LLC
Principal

By: [signature]

Western Surety Company

By: [signature] Amber Engell
Attorney-in-Fact

S-1965/GEEF 10/99

# Western Surety Company

## POWER OF ATTORNEY APPOINTING INDIVIDUAL ATTORNEY-IN-FACT

**Know All Men By These Presents,** That WESTERN SURETY COMPANY, a South Dakota corporation, is a duly organized and existing corporation having its principal office in the City of Sioux Falls, and State of South Dakota, and that it does by virtue of the signature and seal herein affixed hereby make, constitute and appoint

**Kathleen M Mitchell, Holly E Ulfers, Roxana Palacios, Laura Kovarik, Scott Alderman, Kathy Nye, Tara Koloski, Jamie Armfield, Amber Engel, Kristine Santamaria, Marina Matyunin, Tatiana Gefter, Allison McClintock, Ashley Torres Ruiz, Individually**

of Seattle, WA, its true and lawful Attorney(s)-in-Fact with full power and authority hereby conferred to sign, seal and execute for and on its behalf bonds, undertakings and other obligatory instruments of similar nature

**- In Unlimited Amounts -**

and to bind it thereby as fully and to the same extent as if such instruments were signed by a duly authorized officer of the corporation and all the acts of said Attorney, pursuant to the authority hereby given, are hereby ratified and confirmed.

This Power of Attorney is made and executed pursuant to and by authority of the Authorizing By-Laws and Resolutions printed at the bottom of this page, duly adopted, as indicated, by the shareholders of the corporation.

**In Witness Whereof**, WESTERN SURETY COMPANY has caused these presents to be signed by its Vice President and its corporate seal to be hereto affixed on this 24th day of February, 2026.

WESTERN SURETY CORPORATE SEAL SOUTH DAKOTA

WESTERN SURETY COMPANY

Larry Kasten

Larry Kasten, Vice President

State of South Dakota
County of Minnehaha } ss

On this 24th day of February, 2026, before me personally came Larry Kasten, to me known, who, being by me duly sworn, did depose and say: that he resides in the City of Sioux Falls, State of South Dakota; that he is a Vice President of WESTERN SURETY COMPANY described in and which executed the above instrument; that he knows the seal of said corporation; that the seal affixed to the said instrument is such corporate seal; that it was so affixed pursuant to authority given by the Board of Directors of said corporation and that he signed his name thereto pursuant to like authority, and acknowledges same to be the act and deed of said corporation.

My commission expires

December 4, 2031

K. WALSH
NOTARY PUBLIC
SOUTH DAKOTA

K. Walsh

K. Walsh, Notary Public

## CERTIFICATE

I, Paula Kolsrud, Assistant Secretary of WESTERN SURETY COMPANY do hereby certify that the Power of Attorney hereinabove set forth is still in force, and further certify that the By-Laws and Resolutions of the corporation printed below this certificate are still in force. In testimony whereof I have hereunto subscribed my name and affixed the seal of the said corporation this 10th day of August 2026

WESTERN SURETY CORPORATE SEAL SOUTH DAKOTA

WESTERN SURETY COMPANY

Paula Kolsrud

Paula Kolsrud, Assistant Secretary

### Authorizing By-Laws and Resolutions

ADOPTED BY THE SHAREHOLDERS OF WESTERN SURETY COMPANY

This Power of Attorney is made and executed pursuant to and by authority of the following By-Law duly adopted by the shareholders of the Company.

Section 7. All bonds, policies, undertakings, Powers of Attorney, or other obligations of the corporation shall be executed in the corporate name of the Company by the President, Secretary, and Assistant Secretary, Treasurer, or any Vice President, or by such other officers as the Board of Directors may authorize. The President, any Vice President, Secretary, any Assistant Secretary, or the Treasurer may appoint Attorneys in Fact or agents who shall have authority to issue bonds, policies, or undertakings in the name of the Company. The corporate seal is not necessary for the validity of any bonds, policies, undertakings, Powers of Attorney or other obligations of the corporation. The signature of any such officer and the corporate seal may be printed by facsimile.

This Power of Attorney is signed by Larry Kasten, Vice President, who has been authorized pursuant to the above Bylaw to execute power of attorneys on behalf of Western Surety Company.

This Power of Attorney may be signed by digital signature and sealed by a digital or otherwise electronic-formatted corporate seal under and by the authority of the following Resolution adopted by the Board of Directors of the Company by unanimous written consent dated the 27th day of April, 2022:

"RESOLVED: That it is in the best interest of the Company to periodically ratify and confirm any corporate documents signed by digital signatures and to ratify and confirm the use of a digital or otherwise electronic-formatted corporate seal, each to be considered the act and deed of the Company."

**Go to www.cnasurety.com > Owner / Obligee Services > Validate Bond Coverage, if you want to verify bond authenticity.**

ORIGIN ID:BFIA (854) 529-1602
AMBER ENGEL
USI INSURANCE SERVICES
601 UNION ST. SUITE 1000

SEATTLE, WA 98101
UNITED STATES US

SHIP DATE: 14AUG26
ACTWGT: 1.00 LB
CAD: 1124472/INET4535

BILL SENDER

TO **AMBER CHAMBERS OR MATTHEW JOHNSON**
**REPUBLIC SERVICES, INC.**
**5353 EAST CITY NORTH DRIVE**

**PHOENIX AZ 85054**
(480) 627-7134 REF:
INV:
PO: DEPT:

58KJ6/C457/484B

FedEx Express

E

J261026012001uv

**MON - 17 AUG 10:30A**
**PRIORITY OVERNIGHT**

TRK# 0201 **8757 9853 2475**

**TNCA 85054**

**WP NPHOG**

**AZ-US PHX**

After printing this label:

**CONSIGNEE COPY - PLEASE PLACE IN FRONT OF POUCH**

1. Fold the printed page along the horizontal line.
2. Place label in shipping pouch and affix it to your shipment.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.