**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| LOWER SUSQUEHANNA RIVERKEEPER ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>REPUBLIC SERVICES OF PENNSYLVANIA, LLC,<br><br>Defendant. | Civil Action No. 1:23-CV-00044-JPW<br><br>Hon. Jennifer P. Wilson |

**ORDER STAYING EXECUTION OF JUDGMENT**
**AND APPROVING SUPERSEDEAS BOND**

AND NOW, this 19th day of August, 2026, upon consideration of the Motion to Stay Execution of the Judgment Pending Appeal and to Approve Supersedeas Bond filed by Defendant Republic Services of Pennsylvania, LLC ("Republic"), and it appearing that Plaintiff Lower Susquehanna Riverkeeper Association ("LSRA") concurs in the relief requested (subject to the reservation described below), it is hereby **ORDERED** that the Motion is **GRANTED**, and:

(1) Republic's proposed supersedeas bond in the amount of $11,040,000.00 is hereby APPROVED; and

(2) Any further proceedings to collect on the Judgment entered by the Court on July 27, 2026 (ECF No. 119), or any other proceeding, activity, or action attempting to collect, enforce, or execute the Judgment, are hereby

STAYED pursuant to Fed. R. Civ. P. 62(b), until Republic has exhausted its right of appeal to the United States Court of Appeals for the Third Circuit and the mandate is issued returning jurisdiction to this Court. This stay does not extend to, and is expressly without prejudice to, LSRA's pending petition for attorneys' fees and costs under 33 U.S.C. § 1365(d), briefing on which the Court has separately stayed pending the Third Circuit's resolution of Republic's appeal (ECF No. 125), the Court's disposition of any such request, or Republic's obligation to pay any fees and costs so awarded.

s/ Jennifer P. Wilson
Jennifer P. Wilson
United States District Judge
Middle District of Pennsylvania

Dated: August 19, 2026